IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIOT SCOTT GRIZZLE,                      No. C 07-4845 SI

        Petitioner,                        **ORDER GRANTING PETITIONER'S MOTION TO REOPEN CASE AND LIFT STAY**

  v.

ROBERT HOREL,

        Respondent.
                                  /

        Petitioner has filed a motion to reopen this action and lift the stay. Petitioner informs the Court that on November 14, 2007, the Supreme Court of California denied petitioner's petition for review. The Court GRANTS petitioner's motion. (Docket No. 4). The Clerk is directed to reopen this case.

        Petitioner states that he will be filing a memorandum of law in support of his petition and a motion for discovery. Petitioner shall file the memorandum and motion no later than **January 15, 2008**. The Court shall set a further briefing schedule after the filing of the memorandum and motion.

        **IT IS SO ORDERED.**

Dated: December 6, 2007

                                                              SUSAN ILLSTON
                                                              United States District Judge