UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIOT SCOTT GRIZZLE, | ) | Case No. C 07-4845 SI |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| ROBERT HOREL, | ) | **PETITIONER'S MOTION TO FILE** |
| | ) | **OVERSIZED BRIEF AND TO** |
| Respondent. | ) | **ALLOW LATE FILING OF** |
| | ) | **EXHIBITS** |
| | ) | |
| | ) | |

Petitioner has filed a motion to allow the filing of an oversized Statement of Facts and Memorandum of Points and Authorities in Support of Petition for Writ of Habeas Corpus and to e-file his supporting exhibits by January 18, 2008. The oversized memorandum e-filed by petitioner on January 15, 2008 shall be filed. Petitioner shall also be allowed to e-file his supporting exhibits by January 18, 2008.

IT IS SO ORDERED.

Dated: January   , 2008

_____
SUSAN ILLSTON
United States District Judge