COURT OF APPEAL OF THE STATE OF CALIFORNIA

IN AND FOR THE FIRST APPELLATE DISTRICT

FILED
MAY - 8 2000
SUPERIOR COURT OF CALIFORNIA
COUNTY OF DEL NORTE

---o0o---

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff and Respondent,

-vs-

ELLIOT SCOTT GRIZZLE, (H-10106)

Defendant and Appellant.

COURT OF APPEAL NO. ____________

COUNTY OF DEL NORTE NO. 97-268-X

Reporter's transcript of proceedings on MOTIONS, in the above-entitled action, before the Hon. ROBERT W. WEIR, Judge, at the Del Norte County Courthouse, Crescent City, California, on February 5, 1999, reported by William C. Beard, RPR, CSR No. 10460

COPY

# A P P E A R A N C E S

**FOR THE APPELLANT:**

FIRST APPELLATE PROJECT
730 Harrison Street, Suite 201
San Francisco, California 94107

**For the Respondent:**

BILL LOCKYER
Attorney General
50 Fremont Street, Suite 300
San Francisco, California 94105-2239

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF DEL NORTE

HONORABLE ROBERT W. WEIR, JUDGE

* * *

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>-vs-<br><br>ELLIOT SCOTT GRIZZLE, (H-10106)<br><br>Defendant. | Case No. 97-268-X |

Reporter's transcript of proceedings on MOTIONS, in the above-entitled action, before the Hon. ROBERT W. WEIR, Judge, at the Del Norte County Courthouse, Crescent City, California, on February 5, 1999, reported by William C. Beard, RPR, CSR No. 10460

A P P E A R A N C E S

FOR THE PEOPLE:

ROBERT DROSSEL
District Attorney
County Courthouse
Crescent City, CA 95531

By: James Fallman, Deputy

FOR THE DEFENDANT:

RUSSELL J. CLANTON
Attorney at Law
725 8th Street, Suite D
Arcata, CA 95521

talking to him, found out that they were both home boys from the same Southern California Nazi Low Riders.

This man asked him: Do you want to move up? And Ridinger said: Yeah, I'd like to get in the tip.

And he said: Well, I'll talk to Littrell and we'll see what's up.

In other words, we'll see what could be done to give you an opportunity.

THE COURT: Supposed to hit someone; he thought that meant stab them. Then his testimony was: No, that means kill them. He wasn't expecting to be ordered to kill somebody. So when he backed out, what was -- how did that go after that?

MR. FALLMAN: He was in the hat with the A.B. once he backed out, meaning that his life, he knew --

THE COURT: And that was the reason he wanted to testify?

MR. FALLMAN: That and protective custody, knowing that he was in the hat.

THE COURT: Well, as I look at their motive, the motives of each of them, each of them has some kind of slimy motive for wanting to testify, and I guess I'm trying to conceive of how the defense could do any better than that if they had this discovery that they want.

I mean, Healy commits an outright murder, admits he lied under oath in a jury trial, and says, I murdered my friend because this bunch of criminals told me to do

it, and they lied because they really should have all told me to do it, but they didn't all, only a few did, so I'm mad at them, so I decided to turn state's evidence.

I mean, you couldn't ask for more despicable reasons for him to testify. I mean, how low can you get? I mean, how much lower could you get him if you had this information you want? I mean, you couldn't get him any lower. He's at the bottom of the pit.

You look at Contreras. Contreras, who admits that he did things. Contreras' testimony was that they're going to kill that guy, so he was right in the thick of it, he knew what he was doing. In fact, if I remember, if I recollect, I even instructed the jury in the other trial, and I'll have to do it in this trial, too, that Contreras' testimony can't even be believed without corroboration because he's an accomplice, as a matter of law, to the murder. So you can't get any lower than Contreras. And there's nothing you can do to impeach him that would make him any lower than he already says he is. He took part in a murder, knowingly. I mean, that's Contreras.

And Ridinger who admits he wants to go -- he wants to be promoted from Nazi Low Rider up to the exalted status of Aryan Brotherhood. To do it, agrees to do bodily harm to some individual. And then, because I guess he doesn't want to get in trouble for a murder, then backs down and now says he has to testify to get

himself out of that jam. I mean, how despicable can you get? I mean, he's right down there, you know, and so I don't see that you can gain any extra attraction on these guys by having this information that you say you want. I mean, they are -- they are already at the bottom of the pit. And so --

MR. CLANTON: Your Honor, if I could have --

THE COURT: So I'm wondering if there's any real purpose in this exercise of dredging through these files to have all about these gangs in what you, I think, candidly say is regarded as water teeming with fish all right, and that's an apt phrase, but I don't see that it moves the ball any closer to the goal line for you.

MR. CLANTON: If I may just briefly, your Honor. I know that Mr. Grizzle is very urgent about discussing a matter with me, but I do have a response for the Court, if I could just have a moment.

(Sotto voce conversation between Mr. Grizzle and Mr. Clanton.)

MR. CLANTON: Your Honor, in part, my response is -- is a reiteration of some of my comments yesterday, but I'll keep -- streamline them and try to summarize them. I'm not going to go through that again.

Certainly what the Court has said is absolutely true, that there are a number of despicable things that could be said about these individuals, and this jury's going to hear all that. But what I think is important for the Court to note is that what they're going to hear