IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF DEL NORTE

---oOo---

THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                        )
                        Plaintiff,      )
            vs.                         )     No. 97-268-X
                                        )
ELLIOTT SCOTT GRIZZLE, (H-10106),       )
                                        )
                        Defendant.      )
_____)

---oOo---

### REPORTER'S TRANSCRIPT OF PROCEEDINGS

### ON TRIAL BY JURY

Had in the Superior Court of the State of California
in and for the County of Del Norte, beginning at 9:30
O'Clock, A.M., Monday, February 8; Tuesday, February 9;
Wednesday, February 10; Thursday, February 11; Tuesday,
February 16; Wednesday, February 17; Thursday, February 18;
and Friday, February 19, 1999.  Before the:

Honorable ROBERT W. WEIR, Judge thereof

---oOo---

Reported by:  Lorraine Kaye O'Hara, CSR No. 5637, RPR





<u>APPEARANCES</u>

For the People:              MICHAEL D. RIESE
                             Interim District Attorney
                             County of Del Norte
                             County Courthouse
                             Crescent City, California  95531
                             By:  JAMES FALLMAN, Sr. Dep. D.A.


For the Defendant:           RUSSELL J. CLANTON
                             Attorney at Law
                             725 H Street, Suite D
                             Arcata, California  95521


---oOo---

1213

1    evidence that will be presented in this matter.  They are an

2    opportunity for the attorneys to sum up for you what they

3    claim the evidence has proven.

4         And in doing that I assume they're going to be

5    discussing the testimony you've heard, probably to some

6    degree these exhibits, and I expect they also will discuss

7    at least to a degree these instructions on rules of law that

8    I've read to you.  And I assume they'll do that accurately,

9    but if you notice any difference between what you heard from

10   the witness stand and from me and what the attorneys tell

11   you, of course, you'll decide this case based on the

12   evidence and on my instructions.

13        Because the Prosecutor has the burden of proof he

14   makes the first closing summation, followed by defense

15   counsel.  Then, so that each side gets a chance to reply to

16   the other, the Prosecutor's allowed a rebuttal argument.

17        Mr. Fallman.

18        MR. FALLMAN:  Thank you, your Honor.  Good morning,

19   ladies and gentlemen.  You have an awesome responsibility.

20   As the judge told you, murder is an atrocious crime.  I know

21   when you deal with a case like this, if I was sitting in

22   your chairs I'd be asking myself, that Aaron Marsh himself

23   was killed, whether we care.  It's a legitimate question.

24   We care because whether this man was this person, Aaron

25   Marsh, or a millionaire's son or a homeless person who'd

26   never committed a crime, out in the rain behind Safeway, if

27   they were a victim, if somebody did this -- I'm sorry, did

28   this blunt trauma that Dr. Morris was talking about -- maybe

1214

1     I've got the wrong one.  The one that shows the shoe print.

2     Oh, I think that's the one with the shoe print.  If somebody

3     did that to the millionaire's son or the homeless person or

4     the slasher like Aaron Marsh, doesn't matter.  Same shoe

5     print, Mr. Barneburg and Mr. Baxter, I think they found

6     here.

7         If somebody did that to anybody, the law is supposed

8     to be -- that Lady Justice on that scales of justice, she's

9     supposed to be blind.  And I know all these things sound

10     hokey.  We've seen these symbols since we were little kids,

11     but do these traditional values matter we teach our kids, do

12     they mean anything, or is it something we've just abandoned

13     or something that justice has to be afforded, it has to be

14     blind on.

15         The D.A.'s Office or the Attorney General's Office or

16     whoever it is has to deal with every case the same way,

17     whether they be black, white, Hispanic, a murderer

18     themselves, former leader, whatever.  If they are a victim

19     of a crime they are a victim of a crime.  The principle,

20     it's the principle of the thing.  Justice must be dished out

21     equally in all situations and murder is wrong every time.

22     No matter who the victim.  Nobody has the right to take the

23     law into their own hands.  Nobody.  That's why we care.

24     Because when we quit caring then we start dishing out

25     justice specially to special people then we cease to be the

26     democracy that we're supposed to be.

27         And we have a feeling, a basic thing that we teach my

28     little kid at Redwood School.  My little boy, my son was

1  doing a preamble at the school over there the other day and

2  part of the Gettysburg Address, and is that -- the kind of

3  stuff we have our little kids memorize and learn, hokey or

4  is it something real?  And part of the things that our

5  children learn in all of our schools, in all of our county

6  is that human beings have a right to life, a big right,

7  liberty, and the pursuit of happiness.

8       And a Pelican Bay inmate such as Aaron Marsh -- I

9  lost his picture.  He doesn't have a right to liberty

10  anymore because judges lawfully took that away from him for

11  the crimes he committed.  But he does have a right to life.

12  And he does have a limited right to the pursuit of

13  happiness.

14       He's in a cell in SHU twenty-three hours a day, or

15  twenty-two and a half, whatever the -- testified to, and he

16  gets one hour of yard out in the cement yard that's smaller

17  than this -- about the size of this space that I'm in here.

18  That's the idea of SHU.  He doesn't get to go out to that

19  big grass yard like the guys on the mainline do where all

20  the prisoners go out together.  He gets by himself or with

21  his celly only in this little area one and a half hours.

22  That's the minimum happiness he gets, and according to the

23  pictures we have here he gets a TV.  He gets a TV in his

24  cell.  And he can write letters, and we know from the

25  visiting areas he gets to visit and he gets meals.  He has

26  some pursuit of happiness.  It's not a lot of happiness, but

27  food still tastes good to him.  TV still is enjoyable to him

28  and music on his radio still sounds the same as it does to

1    you to him.

2         He has the right to life, and to limited happiness.

3    And the reason part of this happiness is gone is because a

4    judge lawfully took it away under the law, not under the mob

5    rule of a conspiracy like the Aryan Brotherhood.  That's

6    lawful.  That's equal justice meted out to him or anyone

7    under preaccepted non-ex post facto set of rules.  Fair.  He

8    has the right to life, and limited happiness, but not

9    liberty.  At least not until his term is up, and in the case

10   of guys that are in for murder probably they're not going to

11   get parole.  Ever.  Although the Parole Board might be able

12   to let some of them out.

13         So that's why we care.  That's just a preliminary

14   thing.  You've got to take this as if this was some

15   non-murder, just treat it on a matter of principle because

16   we are a people of principle and I know that's hard.

17   Because we've seen some of our leaders -- and I'm not

18   talking about Clinton.  We've seen some of our leaders in

19   Washington that we send up there, we vote them in and ask

20   them to go up and represent and then we see them go up and

21   take advantage of that check-cashing and some -- some of the

22   senators and representatives write a bunch of checks, and if

23   we did that we'd get indicted or charged with a felony but

24   they get to do it because they're senators and they get away

25   with it so -- hopefully that changes, but even though some

26   people in high places have gotten away with a little thing

27   like those senators and representatives, the bottom line is

28   the grassroots people such as yourselves who put people in

1217

1    office with the expectation -- you never voted for somebody

2    that you thought would go up and do something wrong in high

3    office.  You vote with the good-faith expectation that

4    they're going to go pass laws and pass laws that are gonna

5    work right and be enforced the right way and here is a place

6    where you of the grassroots have to take this into your own

7    hands and enforce these laws as you see them.  Doesn't mean

8    you have to vote for my side of the case or the other side

9    of the case.  It means you have to follow the law fairly,

10   impartially, irrespective of what kind the victim was.

11        Doing this to a man's body is wrong.  It's atrocious.

12   Any way you look at it.  And if we don't enforce these laws,

13   we become a mob, too.  We cease to be the democratic

14   republic that we're supposed to be.  This is what the Aryan

15   Brotherhood turned Aaron Marsh into.  It's humanity being

16   disgraced by this atrocious conduct, not this individual

17   human.  It is that, too.  But the laws say only courts and

18   juries decide whether the facts are true and what punishment

19   should be -- the Court decides the punishment.  Not the A.B.

20   There's no law that says people can get whacked, whatever

21   that is.

22        You know, you've become experts on a subject you

23   probably never wanted to know anything about.  You probably

24   know more right now about the inter-workings of prison gangs

25   than most people in the United States.  Or the world.

26        We started with this little road map.  We said that

27   this entire case is an Aryon Brotherhood conspiracy and that

28   it's cerebral.  And the reason it's cerebral is that jury

1218

1    instruction that told you that both direct and

2    circumstantial evidence are equally usable by you.

3        If this had been one of those cases such as in

4    southern California where they find a young lady's body

5    decaying out in the sand near Bakersfield, San Bernardino,

6    and somehow they later through just circumstantial evidence

7    figure out that -- maybe DNA or something -- well, there's

8    more, there would be more if they had DNA, but sometimes

9    there are a few totally circumstantial evidence cases is

10   what I'm saying as well where they didn't have DNA, they

11   didn't have live eyewitnesses, that kind of stuff.  The law

12   says that if it were a hundred percent circumstantial

13   evidence case, if the evidence were there beyond a

14   reasonable doubt, you could convict and courts have upheld

15   such cases in the past.  This is not that kind of case.

16   This is a case with lots of direct physical evidence, direct

17   testimony evidence, and circumstantial evidence.  It's a

18   combination.

19       You have some inmate witnesses who are accomplices.

20   You have some inmate witnesses who are not accomplices.  The

21   testimony, however, of the accomplice inmate witnesses, as

22   the judge told you, must be corroborated.  He also told you,

23   however, that the corroboration only need be slight.

24       Healy says certain things happened in a certain

25   place.  Jail records show that they could have happened on

26   March 13th, 1997 in the place that he says they did.  That's

27   what Sergeant James testified to.  Look at this when you get

28   in.  That direct corroborates it.  Not only does that

1  corroborate it but these court minutes show that Mr. Grizzle

2  did come to court that day, Mr. Healy did come to court that

3  day, and the date on these for both of them for individual

4  cases is 3-13-97.  Corroboration.

5  Mr. Ridinger said he smelled pruno in the pod that

6  day, I believe.  I may have some of these facts wrong but I

7  know you've been taking notes, and in case you haven't, the

8  expert has.  So you can have parts of this played back, any

9  parts you want.  He says he smelled it.  Contreras says he

10  not only smelled it but transported it.  But they're both --

11  Ridinger's not an accomplice but Contreras is because he

12  knows -- he knew he passed this mixture of alcohol and the

13  powder which he knew was -- green pills, he knew he'd passed

14  that and he knew it so well that he went back to his

15  cellmate Square Segura and said, "I think they're gonna

16  whack that dude, I think they're doing something to that

17  dude."  So he was conscious that he had knowingly passed the

18  poisonous concoction between cells at the request of none

19  other than Rascal Grizzle.

20  But you don't have to take his word for it.  These

21  accomplices must be corroborated but he is.  Sergeant

22  Barneburg said when he and Toby Baxter came in to seize the

23  evidence from the crime scene, he detected a small odor of

24  pruno in the cell.  That was a slight bit but you need -- it

25  doesn't have to be huge.  And the analogy, if somebody had

26  $10,000 in cash stacked up, and that is accomplice evidence,

27  all you need is one penny to corroborate it.  It need only

28  be -- of non-accomplice penny to corroborate it.

1    But if Sergeant Barneburg weren't enough, the

2  Department of Justice analyst Toby Baxter told you that the

3  blood alcohol of Aaron Marsh was .15.  Almost twice as much

4  as the .08 which would be enough for you and I to get a

5  drunk driving conviction off of if we did that, and Toby

6  Baxter also said that.  The more accurate -- I might have

7  said that wrong.  I think it was the breath test, or no, the

8  urine, the urine was .15 and that the more accurate blood

9  analysis of Aaron Marsh was .11.  So go with the lower one,

10  .11.  The blood test.  It's more accurate but it's still

11  enough to be above .08.  Corroborated by the science lab,

12  the Department of Justice lab in Eureka, corroborated by the

13  slight odor, the penny of outside corroboration of Sergeant

14  Barneburg.  Corroborated by the admission of Gary Littrell,

15  co-conspirator.

16    Yeah, he was drinking.  Littrell lied.  He said, "I

17  had one drink and a sip out of the other one.  My stomach

18  bothered me so I gave the rest to Aaron.  There were five

19  cups in there and so Aaron had three, three plus a large

20  fraction cups and I had one plus a sip," which would be one

21  plus a tiny fraction of a cup.  That's a lie because again

22  the Department of Justice analyst said the blood alcohol of

23  co-conspirator Gary Littell was zero zero zero.

24    Was this -- rather than going through old charts, I

25  think you remember what we said in the opening statement and

26  I think it's been precisely what we said here with one

27  change.  There was another possible victim that Healy

28  mentioned, and that -- I don't know if we got the name of

1221

1  the guy but his initials were D.J.  As well as Joey Hayes

2  and Irish Gavin Shine being in the hat.  Talked about in the

3  leprechaun hat, the statement that Mr. Marsh was giving away

4  too many free passes to people wearing green hats, a

5  leprechaun's hat.  In that cell where Marsh died there was a

6  leprechaun.  It was on this.

7       Was this an A.B. cell?  We don't care whether these

8  were Marsh's or Littrell's or both.  It doesn't matter.

9  Because the entire M.O. of the Aryan Brotherhood was for one

10  A.B. to get another A.B. in there and kill them.  It had

11  happened before when Burnett taught Healy how to do it down

12  in Chino in the early nineties.  That's where Healy learned

13  the method, and the first of the murders occurred by Healy

14  himself killing Ruffo, his celly, A.B. on A.B.  They

15  voluntarily come in because they think they're coming in

16  with their homeboys.  They don't dare say no because that

17  shows weakness and the A.B. will whack them anyway because

18  they want strong, vicious people and they don't want

19  weaklings.

20       So we don't care whose A.B. shamrock bookmark this

21  was.  We don't care if it was Littrell's or Grizzle's, and

22  Littrell is never going to admit it's his because he won't

23  even admit he's an A.B.  Mr. Hart admitted it, though.  You

24  had one A.B. admit it yesterday, the guy with the black

25  horn-rim glasses.  We don't care because this letter, that

26  one Mr. Littrell did admit because it says, "To Gary from

27  Cleta," his lady.

28       We were told this by Healy.  He explained what this

1222

1    meant and I don't remember what he said but he said it was

2    Aryan Brotherhood-related.  It was in the cell.

3        Shamrocks, the symbol of the A.B.  What you get when

4    you are initiated is your rock, your shamrock.  This is in

5    the cell.

6        "Nobody does it like a Viking" was in the cell, and

7    Mr. Littrell himself admits he had a Viking tattoo.

8        And these guys are white supremist Nazi-types, and

9    what would white supremist Nazi-types read except a

10   newspaper article about Nazi gang activities.  We've deleted

11   what the article was.  But you get the -- but that's the

12   title of what it was.  From I think it was the Sacramento

13   Bee, I don't remember, but the title was "Gang:  They're

14   into Neo-Nazi stuff authorities say."

15       What did Mr. Littrell tell you was on the back of

16   his -- a huge swastika tattoo.  Nazi Lowriders.  Nazi

17   Lowriders leading into the Aryan Brotherhood.  The Aryan

18   Brotherhood doesn't just get inmates.  It gets people that

19   are already partially trained like the Skinheads from

20   southern California.  The Sacramaniacs, I think they said,

21   from Sacramento -- Sacramento and the Nazi Lowriders from

22   throughout the State.

23       Who are the co-conspirators.  They're this rogue

24   gallery.  These are these same people Mr. Healy identified

25   as the Commission or the six-person Council of the

26   supposedly, according to Littrell and others and Joey Hayes,

27   nonexistent Aryan Brotherhood.  Blinky Griffin, top picture.

28   John Stinson, the person who sponsored Rascal in.  Rick

1   Terflinger, the person who gave the order from these six to

2   Healy who passed the order on to Rascal Grizzle to kill

3   Aaron Marsh and Grizzle said, "I'll take care of it."

4   Didn't say personally do it, "I'll take care of it."  Dave

5   Chance.  J.P. Pendleton.  And New York Crane.  One of them

6   we do know the nickname, New York, on just this one.  I

7   don't know about the rest of them.

8        Was it an A.B. cell with the philosophy -- the M.O.

9   of the Ruffo killing by Healy and what Healy told you to

10  expect?  Yeah, it does.  Map of Ireland still on the wall

11  when Barneburg took the picture.  Notice the cell.

12  Perfectly neat.  Perfectly neat.  Books.  Perfectly stacked.

13  Weights, not tipped over by two large men.  Well, at least

14  one large man, Gary Littrell, and one man sixty-eight inches

15  tall and a hundred and whatever it was pounds, a hundred and

16  seventy I think they said.  Look how neat that cell was.

17  Gothic pictures, Viking-type pictures on the wall in that --

18  in there.  Again, is this an Aryan Brotherhood cell?  Neatly

19  stacked, nice -- doesn't look like there's been a fight.

20       And here's that thing on the bed sitting there.  It

21  looks like a sap.  Now, they say it was used as a handle to

22  lift weights with but -- Mr. Contreras heard a thud and then

23  he heard another thud later after he was back in his cell.

24  And Dr. Thor and Dr. Falconer told you that could cause the

25  thud and that could do the blunt trauma that was found to

26  the hyoid area of the neck.  So -- thyroid -- I'm sorry -- I

27  think they said hyoid.  I'm not sure.

28       State-issued cups neatly stacked.  Doesn't look like

1   there was a fight in here.  The weights again.  I don't --

2   maybe I showed you that already.  I don't want to do this

3   twice and these are the ones we talked about so let me get

4   these out of the way.

5       Did this guy attack and was this self-defense?  I

6   don't think so.  Mr. Littrell took an hour, he says slightly

7   over an hour to kill somebody, takes a bird bath, puts back

8   on his T-shirt, cleans up the cell, flushes the one most

9   damming piece of evidence that he could possibly flush and

10  that's because that one is the one, the little string-like,

11  that's the real garrote.  This one, maybe or maybe not, but

12  both doctors said the diameter is too thick.  When you --

13  when you look at the little -- things on the neck, they

14  don't fit this.

15      The reason, why did he do this.  This was a

16  preplanned murder where he killed him with the little

17  garrote, they put this in as a red herring and I'll tell you

18  why in a minute, and then he cleaned the crime scene up and

19  had an hour to do it, take a bird bath, hour and -- get that

20  cell clean as heck, clean it up.  No blood, no blood in the

21  cell except the little bit found on garrote number two.

22      Why am I mentioning this to you?  I'm mentioning this

23  to you because the little garrote was flushed.  The -- the

24  one thing that would match with this here was flushed.  And

25  the reason that was done is it's the one that Littrell

26  claimed was put around his neck when he alleges that this

27  was self-defense.  Littrell knew that that piece of evidence

28  would have been sent to the Department of Justice for trace

1225

1   analysis, microscopic analysis, and looking and -- analysis

2   for the degraded skin your skin sheds each day.  The DOJ

3   would be able to find that and they would be able to show

4   that there was absolutely no frictionally degraded skin from

5   Littrell on the one that was supposed to have been around

6   his neck.  And that's because this is also -- this

7   self-induced thing from the larger rope I suspect, I don't

8   know however he did it, so he could claim self-defense.

9   Both -- well, both doctors told you that this could have

10  been a self-induced frictional abrasion.

11          What is the mind-set of this man when they take a

12  picture afterwards?  He doesn't look like -- oh, how was he

13  when he walked up -- when Traylor saw him when he went up to

14  Officer Traylor and said -- and lied and said, "My celly hit

15  his head"?  He didn't hit his head; he'd been strangled,

16  garroted and thumped.  He said, "Oh, he looked calm.  He

17  didn't look like he'd been in a fight."  I mean, if you'd

18  been in a fight for your life you'd be red.  I'd be having

19  trouble breathing, I'm asthmatic, but I think the normal

20  person would be having trouble breathing.  And the cell, you

21  wouldn't be taking time to clean that cell up and get it

22  picture-perfect.  And you wouldn't -- be looking calm, cool

23  and collected if somebody seriously attacked you.  I'd be

24  outraged.  And even if you had to stay quiet because of an

25  inmate code, your body language might show more than just

26  calm, cool and collected.  Littrell premeditated, did this

27  and had plenty of time to think it out in advance.

28          Again, last issue, there's a map here somewhere; I

1   don't know what I did with it.  Maybe it's right here.  On

2   the wall.  Of Ireland.  Nothing wrong with that.  I'm part

3   Irish too and I'm not trying to pick on the Irish people.

4   It's just the Ireland or Irish Republican Army and the

5   shamrock are the symbols of the Aryan Brotherhood.  You

6   wouldn't expect to find this on a Mexican Mafia member's

7   wall or Black Guerrilla Family member's wall or Nuestra

8   Familia member's wall.  You find it on an A.B. wall next

9   to -- no, that wasn't where it was found.  I think that's

10  just where they took the picture so I can't fairly say that.

11        Last thing -- well, Aryan Brotherhood people, very

12  fascinated with Irish culture.  A glossary of the Gaelic

13  language of Ireland in the cell.  As well as the map.  So

14  it's not just a coincidental thing.  Oh, there's a couple

15  things, cards there because it's a Saint Patrick's Day kind

16  of thing.  No, in fact, this murder didn't take place

17  anywhere near Saint Patrick's Day; did it?  The murder was

18  on July 25th.

19        But do the Naz -- do the -- was this a cell of Aryan

20  Brotherhood members?  We know that they feed from gangs like

21  the Nazi Lowriders.  We know the Skinheads are largely

22  affiliated with Hitler philosophy.  We know that Nazis don't

23  like Jewish people.  They killed over six million.

24        And what does the inside of this book say?  "To

25  Chris" -- now, we don't know who Chris is -- "with respect

26  and white brotherhood love.  I give you this book.

27  Remember, stay strong in your ideas, never allow yourself to

28  show weakness to the Jews" -- and I -- I can't read the next

1    word -- something "people.  Always remember your white" --

2    something "long and" -- I'm not sure what that is.

3         All kinds of drugs in the cell.  Unfortunately it

4    looks like Pelican Bay is a place of great access.  But it's

5    in the cell, we don't know what that was.  That may have

6    been the source of the medicine that went up -- I'm sorry,

7    down to Grizzle to mix into the state-issue cup.  I assume

8    like that because -- we see those cups all throughout these

9    pictures.  I assume that's a state-issue cup.  This would

10   have -- this could have been a place where those drugs had

11   been.  We know that they come in that type of container.

12        The records will show you that when Contreras thought

13   it was thirty to sixty that they do issue them in sixty

14   amounts, in sixty lots.  That's Mr. Littrell's.  We had both

15   indomethacin and methocarbamol in the cell.  And one of

16   those is -- said it was Tylenol, indomethacin -- this one.

17   This one was methocarbamol.  Interesting, though, in the

18   death cell was an empty medicine thing with the name Gary --

19   Elliot Grizzle, Elliot Grizzle in the cell.

20        Mr. Grizzle had a continuing close relationship with

21   that cell 'cause also found in this cell was that month, the

22   July issue, not the book itself, but the cover was, that

23   National -- yeah, National Geographic for the July -- you

24   see Mr. Grizzle's name on there yet this was in the cell of

25   Littrell and the murder victim.

26        Also in that cell a letter from Littrell's lady Cleta

27   Baker to Gary, and I assume one of those cards was in there.

28   But a whole stack of Rascal Grizzle stickers.  Grizzle tried

1228

1  to say he was using them and apparently he was, if this is

2  any indication, for some sort of a Scotch tape purpose.

3  Apparently they don't have real Scotch tape or at least the

4  inmates -- whoops, at least the inmates don't in the prison.

5      Other incidental meds found in the cell.  Pictures of

6  this when the blood was -- there was some blood on there at

7  the time when it was fresh.  I think we've looked at all of

8  these.

9      Methocarbamol, Dr. Thor called it methocarbinol.  The

10  others called it methocarbamol.  When you look on this it's

11  apparently called methocarbamol by the records of Pelican

12  Bay State Prison but I'm not about to second-guess a man

13  like Dr. Thor since he has two doctor's degrees.  If he

14  wants to call it methocarbinol I'm sure that's another name

15  for it, but at any rate, Dr. Maukonen's testimony, you heard

16  he did prescribe it and the records show that Littrell was

17  prescribed within a month before the death of Marsh

18  methocarbamol seven hundred and fifty milligrams, and I'm

19  not sure how many are in that.  Oh, maybe that "sixty" means

20  sixty in the thing.  I don't know.  And he was also on 7 --

21  that was on June 26th.  On July 3rd getting closer to the

22  date of the death he was given another -- looks like sixty

23  seven hundred and fifty milligrams of methocarbamol, and on

24  7-14 about -- eleven days before the murder Littrell got

25  another seven hundred and fifty milligrams of methocarbamol.

26      And then two days before the murder on the day of the

27  alleged fight, of the alleged hitting in the face with the

28  stick which Ridinger told you that was a lie and that --

1   Rascal, not the man in the moon but Rascal came to him and

2   said, "Hey, when Littrell's attorneys come we're gonna have

3   everybody in this cellblock tell the same story.  The story

4   is that you heard a fight in there, you heard a fight in

5   there and that Gary got hit in the eye with the

6   channel-changing stick by Marsh."  Ridinger said it never

7   happened but he was asked to say that it did and he never

8   heard any such thing that -- two days before on Wednesday

9   the 23rd.  Contreras said he never heard anything two days

10  before on the 23rd.  The records you have here will not show

11  that anything happened.  That wasn't logged by anybody in

12  Pelican Bay on the 23rd.  Traylor said he didn't hear it on

13  the 23rd and Officer Weideman said he didn't hear any

14  problems on the 23rd.  It was a lie.  Corroborating

15  Ridinger.  Ridinger doesn't need it because he's not an

16  accomplice.

17      And then this last one, even though it's in yellow

18  it's irrelevant because it was given after the date of the

19  death so ignore that one.  Why do we care about this

20  methocarbamol and indomethacin of Gary Littrell?  What's

21  that got to do with Grizzle?  Well, I'll tell you what I

22  think it is.  Circumstantial evidence, which you are allowed

23  to use.

24      I said this case is somewhat cerebral.  You have to

25  do this in some right places.  After Marsh has moved in and

26  he's been there about six days to a week, Littrell is not

27  gonna have any opportunity to mix the powder in himself

28  because he would have to do it in front of his celly.

1230

1    Hence, they have it done where he can't see it being done.

2    Rascal puts the special recipe as Rascal later calls it, the

3    bomb, as he says when he's talking to Rubidoux bragging

4    about it and when he says, "We slipped a mickey in there,"

5    Rascal mixes it so that the victim can't see that they're

6    pouring something other than fruit and whatever they put

7    into real pruno.  I don't want to say legitimate pruno

8    because pruno by nature is illegal in the prison so I don't

9    know how to say it other than what I did.  They needed to

10   have that part of it be dissolved out of his view and he was

11   already in the cell.  That's why it was done upstairs -- or

12   downstairs, I mean.

13       Grizzle, who's involved in trying to get Marsh over

14   there?  Now, sure, Marsh wanted to come over there too.

15   Aryan Brotherhood people normally cell with Aryan

16   Brotherhood.  It doesn't matter.  Ridinger said, "Yeah, I

17   did send a message that Marsh wanted to come over," but

18   Grizzle is so anxious to have -- to get him over there

19   that -- I mean, it's not as if Littrell couldn't have

20   written all three of these himself because he managed to

21   write two of them and sign the third one, but the one that's

22   dated 7-6 is in the handwriting not of the man in the moon,

23   but of Gary Littrell.

24       And this is the same thing that was found at noon the

25   other day by Sergeant McKinney in Clark's cell, a little

26   gift.  We had no idea there was that other evidence linking

27   Clark and physical evidence to -- to Grizzle.  But here is

28   Grizzle's writing and when you compare this writing to this

1231

1   writing -- this writing, better writing on here, you'll see
2   that it is Grizzle.  Yes, Grizzle's, and Littrell told you
3   that he had Grizzle help him fill out one.

4        And there's a second item in evidence, a six oh -- I
5   don't know what it is, a one fifteen or -- whatever it is,
6   it's a green thing and all that is is it was found in the
7   cell, in the death cell.  This is Grizzle's handwriting
8   found in Marsh and Littrell's cell and only reason I would
9   ask you to use it for anything -- ignore what it says
10  because I don't think it has anything to do with the case.
11  Read it, it might, and if it does use it, but what I'm
12  asking you to use it for is just a third way to double-check
13  the handwriting.  Is this handwriting which says "Grizzle"
14  the same as this handwriting which was found in Clark's cell
15  which says "Grizzle," the same as this handwriting which
16  Littrell told you that Grizzle filled out for him, the one
17  dated 7-6.  I think when you see it you're going to agree
18  that it is.  Again this man in his own handwriting is
19  involved in luring Marsh over to his death.

20       Does this man know that Marsh is in the hat marked
21  for death?  Absolutely he does.  Because it is this man who
22  asks Ridinger to whack Marsh while Marsh is still alive.
23  And Ridinger who wants to step up from the Nazi Lowriders
24  raises his hand after he finds out that the doors to the
25  A.B. are not really closed like he thought.  Healy
26  corroborated that there was a period of time that the doors
27  to the A.B. were closed.  Then Ridinger learns that "whack"
28  to the A.B. means kill rather than just stab.  Ridinger

1232

1   tells them when -- he comes back the next day, "I'm just

2   going to stab him a few times, put him by the door on the

3   floor, call the cops to come haul him out of the cell," this

4   man says, "No, no."

5        Now, remember, it's really important to know that

6   Marsh is alive while all of these conversations are taking

7   place with Rascal Grizzle whom Ridinger said was doing most

8   of the talking.  He said Littrell is real quiet.  In fact,

9   this is happening at a time before Marsh is even moved over

10  there yet.  It's happened at a time when Rascal is still

11  celled up with Gary Littrell.  And in the presence of Gary

12  Littrell, Rascal says, "No, Ridinger, that's not what we do.

13  The A.B. way, we kill.  'Whack' means kill."

14       Ridinger goes back to his cell, thinks about it,

15  writes him a kite saying that "I got to back off."  He knew

16  the consequences.  He knew he'd be in the hat now.  Because

17  he's been in prison gangs too and he's now showing weakness.

18  Got to be macho in prison if you want to survive.

19       You have -- you did -- everything we told you would

20  happen I think has happened.  We've learned what "whack" is;

21  we learned what "in the hat" is; we learned what "the Brand"

22  is.  "The Brand" being the shamrock tattoo.  Back when he

23  did it.  Now, we heard that recently some of them like

24  Pendleton and Terflinger, some of those guys if you went in

25  their cells you won't find any A.B. brands or tattoos

26  because C.D.C. is now using those as tools to validate them,

27  put them in SHU.  So they've learned to be an A.B. and not

28  have the actual tattoo.

1    You've heard Ridinger talk about moving up.  And

2    we'll talk about the leprechaun choke-hold when Littrell

3    said, "I took his wind."  The important one, now that's

4    after he's dead and that is said in the presence of Grizzle.

5    And at the time that's said Grizzle pipes in and said,

6    "Yeah."  No -- no.  The statement was "after that I took his

7    wind."  Rubidoux who knew that Littrell was tough because of

8    that little boxing thing and he's joking with him and

9    saying, "Hey, Littrell, Gary, you're no boxer, why you got

10   that tattoo of those boxing gloves?"  They get to talking

11   and then what he says to him, Rubidoux says, "Look,

12   Littrell, you may be tough but" -- "but Aaron was no

13   slouch."  In other words, Aaron could fight back.  Well,

14   yeah, he can fight back if you didn't drug him and attack

15   him from behind and give him pills that have a synergistic

16   effect on his nervous system in addition to almost double

17   the legal limit of alcohol, if you're using a .15.

18   Yeah, "Aaron's no slouch; he can fight back."

19   Rubidoux says to Littrell, "Hey, you must have done pretty

20   good there, Gary.  Because Aaron's no slouch," and the

21   crucial words, not out of the sky or over the loudspeaker

22   but out of the mouth of that man right there were "we, we

23   slipped him a mickey."  Saying "hey, he wasn't a slouch but

24   he couldn't fight back because the drink we gave him was a

25   bomb, a mickey."  Corroborating what the -- you already know

26   from the laboratory that there was two drugs in his system,

27   and not just any drugs, methocarbamol and indomethacin.

28   We said "garrote."  Two garrotes now so that would

1    change.  If you believe that.  If that rope -- if that

2    second one really was used at all other than for just window

3    dressing, I don't know.  Two garrotes plus Mr. Grizzle plus

4    Mr. Littrell plus the Council of the Aryan Brotherhood plus

5    Terflinger relaying their six-person decision to Healy to

6    Grizzle -- I'm -- yeah, to Grizzle to Littrell plus

7    indomethacin.

8         Please, you teachers on there -- I know I spelled it

9    differently down there than there.  I don't know which one

10    is right so please ignore my spelling.

11         And alcohol and methocarbamol, people's planned-out

12    premeditated murder, and we know this because they talked

13    about killing him, even solicits being -- whacking him with

14    Ridinger before he died.  That's premeditated.  That's

15    before the fact.

16         We've talked about Littrell being a liar at .00 when

17    he says he drank one drink plus a sip of the other one.

18    We've already talked about that.

19         What we didn't talk about is the white flecks of

20    medicine that Dr. Falconer found in his stomach contents

21    during the autopsy over at Wier's Mortuary and the doctor

22    said they're consistent with what, if you chewed up or you

23    broke up powdered pills, white pills.  Well, you got that in

24    one of those two.  I don't know if it's the indomethacin or

25    the methocarbamol but those white flecks, very important in

26    the stomach so add that into this mix when you get in -- in

27    other words, the things corroborate.  You actually find

28    white powder in the -- looks like pills in his stomach, you

1235

1  find traces of it in his urine, you find traces of it in his

2  blood, you find the kinds of exact medicines used in the

3  cell where he died.  Equals asphyxiation, this is --

4  asphyxiation with blunt-force trauma and -- to the throat.

5  Both Dr. Lawrence and Dr. Falconer agree on that.  I think

6  we've covered that.

7       I think -- if you're not convinced that the Aryan

8  Brotherhood exists by now, nothing's ever gonna convince

9  you.  You did have Mr. Hart, the only one of them that would

10  admit it, say, "Yeah, I'm on the Council," then he went

11  ahead and took that picture of all six of these rogues and

12  identified them.  Five of them from here and one from

13  another prison, I don't remember where.  Knew 'em all and

14  admitted he was a member.

15       Captain Dillard says in California, in California

16  prisons it's more -- the A.B. not only exists but it's more

17  powerful than the Italian Mafia.  We know how big the

18  Italian Mafia's in the unions but in California prisons he's

19  only seen two of them.  I -- maybe that's because they're

20  all in federal prisons, I don't know, but whatever it is,

21  Captain Dillard, 27 years of experience and the head of the

22  gang unit at Pelican Bay told you that the -- that the Aryan

23  Brotherhood is more of a problem, more powerful than the

24  Italian Mafia.  Not the Mexican Mafia.  They're a problem in

25  their own.  But the Italian Mafia.

26       Dan Smith, our expert from Sacramento and a teacher

27  to officers about gangs and the Aryan Brotherhood tells you

28  it exists and is a problem and it exists not only in this

1   state but in the prisons in all of the western states and

2   somewhat back east and in the federal system.

3       Healy, another member besides Hart told you it

4   exists, he was in it, and he -- he did the first local

5   murder using the M.O. that he used which was followed, again

6   replicated by these guys because it works, partially once

7   and they -- why -- why change anything if they're successful

8   the first time?  So if that doesn't convince you nothing's

9   gonna convince you.

10      Immunity.  Protective custody.  And possible benefits

11  of Title 15, up to a year off of their sentence.  Yes.

12  Those things have been offered by the Prosecutor to various

13  witnesses.  Not to all of them.  Clark came to us.  We

14  didn't even -- we didn't know he -- what's going on.

15  Ridinger came to us.  Was it Ridinger?  No, Rubidoux came to

16  us through George Mavris.  One thing they all wanted the

17  minute they were ready to testify was protective custody and

18  immunity for any things that they may accidentally admit in

19  telling us, in helping us, but -- yes, you have to in some

20  cases deal with very bad people like Healy, a murderer,

21  because to get to the heart of the conspiracy you won't get

22  there any other way.

23      Mr. Smith wrote a statement for me to use and I'm

24  going to read it to you because I think it really goes to

25  the heart of this.  Here's what he wrote.  "Testimony or

26  information from informants allows light to shine in on very

27  dark workings of the gang.  What is hidden becomes visible."

28      The Italian Mafia, Valachi, a murderer, made a deal

1237

1    with the FBI and rolled against the Genovese crime family

2    back east up in Appalachia, and yeah, the U.S. Attorney and

3    the FBI did make a deal with that devil, Mr. Valachi, but it

4    was so they could take down bigger people who were causing

5    murder after murder after murder, vice after vice after vice

6    on the street.  So yeah, you make a deal with mid-level

7    devils to take care of bigger devils in the interest of

8    society and it is legal or it would not be allowed in the

9    federal courts or in any courts.  It would be thrown out if

10   it were not legal.  So let counsel rant and rave about it as

11   he will and as he should from the defense perspective.

12         Valachi, a murderer, rolled on the eastern Mafia.

13   Jimmy the Weasel -- what was his last name?

14         MR. SMITH:  Fratianno.

15         MR. FALLMAN:  Jimmy the Weasel, and the last name you

16   heard.  Rolled on the west coast mop, another murderer,

17   enforcer, terrible Mafioso, bad man.  But it was necessary

18   because they would not have brought down that part of the

19   west coast Mafia without dealing with the little devil Jimmy

20   the Weasel.

21         Same thing with the east coast Genovese family.  John

22   Gotti brought down -- if you've been watching A & E

23   recently, that's the only reason I know this last one,

24   Jimmy -- no, Sammy the Bull, I don't remember his last --

25   his last -- Sammy the Bull, an enforcer murderer gave inside

26   testimony for immunity and witness protection, the federal

27   witness protection just like Healy is doing.  And brought

28   down John Gotti.  And John Gotti, big man of the New

1238

1   Jersey/New York Mafia is now doing life in federal prison

2   under a RECO racketeering charge because the federal

3   government used Sammy the Bull.

4       Sammy the Bull is a lowlife.  Valachi was a lowlife.

5   Jimmy the Weasel was a lowlife.  Say the same thing here.

6   And I don't blame you.  But you -- if you don't see why --

7   (Shaking head) -- I don't know what to say.  It has to be

8   that way.  People -- the Mafia and the Aryan Brotherhood

9   don't come out on loudspeakers and say, "We're doing this

10  and we're gonna do that," no.  If you don't get inside

11  testimony you don't get them at all.  So that's why deals

12  with the devil are made.  To get to organized crime

13  conspiracies, your criminal conspiracies, you got to do it.

14      In this case Mr. Healy didn't come forward just of

15  his own good will.  Mr. Healy came forward because his

16  conscience finally got to him that he killed his best friend

17  and Aryan Brotherhood murderer, Mr. Art Ruffo, on lies

18  about -- by one of the Council members Blinky Griffin saying

19  lies that just simply didn't hold up after unfortunately the

20  damage was done, the victim was dead.

21      Now, that devil Healy did get -- this is a sentencing

22  by Judge Petersen, an aggregate sentence of fifty years four

23  months.  Now, that doesn't just mean on the voluntary

24  manslaughter and the two spear tips and whatever else he was

25  convicted of.  It's all in here so you could see what

26  happened.  The judge under our sentencing rules, Judge

27  Petersen, had to go through and resentence the Solano case

28  where he had stabbed an officer with a spear in the neck.

1239

1  He is a bad, bad man.

2       The Sacramento case I don't know what he did there.

3  Possession of a weapon.   Another Sacramento case, looks like

4  an aggravated assault.   This may be the one where he said he

5  stood up in court and stabbed his -- somebody, co-defendant.

6  Another Sacramento case, all of those are part of that fifty

7  years sentence.

8       But if he is 35 years old, and that's I think what he

9  said.   He looks like he's about that age.   A 50-year

10  sentence, that doesn't mean he's going to get out when he's

11  85.   You heard Donna Sackett come in and say his earliest --

12  MERD, come out using that as a bad word in French, I mean,

13  it's -- a minimum early release date is round, he can't get

14  out no matter what he does until the MERD -- did she say

15  2037?   And if he bad-behaved then he goes the full time but

16  his aggregate sentence is still this, what the judge gave.

17       THE COURT:   This be a good time to take a break?

18       MR. FALLMAN:   Yes, your Honor.

19       THE COURT:   We'll recess for ten minutes, ladies and

20  gentlemen.   Remember the admonition.   Ten minutes.

21            (A brief recess was taken.)

22       THE COURT:   We have all jurors, the attorneys and the

23  defendant.

24       You may continue.

25       MR. FALLMAN:   Thank you, your Honor.   Ladies and

26  gentlemen, as bad -- as admittedly bad as Healy and our

27  other witnesses are, the others aren't as bad as Healy, as

28  bad as they are taken together, one of the things to keep in

1    your mind when you think about them is every one of them has

2    stepped across a line where they can never go back.  No

3    matter who they were.  They're all dead men.  If the A.B.

4    can get anywhere near 'em they are dead.  They are all in

5    the hat forever.

6         And especially Contreras.  Because Contreras will be

7    in the hat from his own gang and for testimony because you

8    don't testify for the D.A. no matter what gang.  He'll be in

9    the hat with the Mexican Mafia after him because he's a

10   northern Mexican so the southern Mexicans are after him

11   anyway.  He'll be in the hat with the A.B. because he

12   particularly testified twice against the A.B.  So he's a

13   dead man if they find him.

14        They're all dead men if found.  So for whatever

15   that's worth, they chose to come forward and at least one

16   time in their life do the right thing.

17        I have put this in red hopefully not to be too hokey

18   about it just so that maybe somebody might want to keep

19   track of how many ways the defendant personally is tied to

20   this murder and this conspiracy.  And if I accidentally use

21   one element twice, don't count it twice if somebody keeps

22   track of this.

23        As I remember the evidence, Mr. Grizzle did most of

24   the talking to Mr. Ridinger.  Am I right here?  Ridinger

25   said that he saw a northern Mexican carrying pruno and that

26   he smelled the odor of pruno.  He saw "N.L.R.," Nazi

27   Lowrider, on the neck of the defendant.  The defendant

28   solicited the murder of Marsh before it happened.  There's

1    your premeditation.  Before it happened.  Solicited the

2    murder of Marsh.  Not the guy that did the strangling.  This

3    co-conspirator did the solicitation of the murder, asked

4    Ridinger to do it.

5         This defendant said Marsh is not pulling his own

6    weight.  This defendant after the guy came back and

7    explained how he was gonna do it, he was gonna stab him, put

8    him on the floor, call the cops out, said, "Nah, 'whack' to

9    us means kill."

10        This defendant made the comment -- forgive my

11   spelling and writing -- about wanting a dance partner when

12   the dance started.  "The dance" meaning now that Grizzle and

13   Littrell were gonna move to different cells and Marsh was

14   gonna come over with one, Littrell, which is how it

15   happened, he wanted a dance partner too, Joey Hayes.

16        You heard testimony it was supposed to be a twin hit

17   if possible.  You heard testimony from Healy that the reason

18   that this defendant wanted to do the -- personally do the

19   hit on Joey Hayes was because Joey Hayes was considered his

20   twin because they got initiated, they got their rock or

21   their shamrock the same time about three years ago and he

22   took it personally when Joey Hayes let Gavin Shine leave the

23   cell alive, and the A.B. took it personally as to both of

24   them because Marsh let Gavin Shine leave the cell alive.

25   Both of them were in the hat for failing to kill Gavin

26   Shine.

27        Ridinger said that a northern Mexican in 220, that's

28   where Square Segura and Wino Contreras were from, took a bag

1    of wine from Rascal to Gary; he said he saw that.  I believe

2    that's what he said, to Gary and Marsh.  He said a northern

3    Mexican had a worried look on his face when he went past his

4    cell at a later time, this one.  He didn't say which.  We

5    don't know from the testimony that I could tell whether that

6    was Segura or Contreras.  I think the implication is it's

7    probably Contreras because Contreras himself said, "I" -- he

8    said something to Segura later that lets us know that he was

9    worried about something he saw in the cell because he said,

10   "I think they're trying to whack that dude," so this is

11   probably Contreras, but it could have been Segura because

12   Segura was out there tier tending too.  But I think it's

13   Contreras that Ridinger was referring to.

14       Rascal, the defendant, asked Ridinger to perjure

15   himself to Littrell's lawyers and to his investigators with

16   a phony story about using the channel-changer stick about an

17   alleged hit to the face on Wednesday the 23rd, two days

18   before the murder, which didn't even really happen.

19       Now, you really think -- think about Littrell, that

20   liar.  You think that if on the 23rd that Aaron Marsh had

21   attacked him and so he had to get him in a head lock and

22   choke him out on the 23rd, do you think there would have

23   ever been a time that either one of them wouldn't have been

24   watching each other the next 48 hours?  And yet he says that

25   happened to him.  He says the guy tried to attack him so --

26   is he really gonna turn his back later, two days later and

27   have -- let somebody put a -- garrote, give somebody a

28   chance?  He had to know there was a shoe string, or if there

1243

1  were really two of them in the cell, a big old jump rope, he

2  had to know.  Would you turn your back?  I don't think so.

3        Again, I don't think it happened and I think that

4  reasonable interpretation is that Ridinger told you the

5  truth.  The story he said is that Rascal, not Gary, but

6  Rascal was telling the people on the tier, including him,

7  saying, "Let's get the same story together and just say we

8  heard a fight and say that Gary got hit in the face," and he

9  tried to -- in fact, Littrell got on the stand and said that

10 happened two days earlier so Gary adopted that perjury and

11 repeated it to you.

12       Michael Contreras -- actually, let me just see if

13 there's anything else I wanted to say about Ridinger before

14 I go on.  I think we've talked about most of that.  Yeah.

15       Oh.  He did hear -- Ridinger did hear Littrell say to

16 Officer Traylor up in the control booth, "I think you better

17 check my celly.  He fell and hit his head."  So he

18 corroborates that at least on that, which was a lie, at

19 least that he heard Grizzle tell that lie to the control

20 booth officer and he corroborates what Traylor heard

21 accurately too.

22       Let's go to Michael Contreras.  Contreras says he

23 heard nothing on the 23rd, tending to prove this was a lie

24 as Ridinger said it was.  Michael Contreras says that after

25 he got his asthma inhaler, he was squatting down -- he

26 saw -- he saw the defendant, not Gary Littrell but this man

27 here, putting the crucial combination of synergistic drugs

28 in alcohol and pruno.

1    Later on after he's coming back he stops by Rascal's

2  cell after this event and after he's gone out to the yard

3  and breathed on his asthma inhaler, he comes back in and

4  walks up past the cell and Rascal, not Littrell, this

5  defendant, says, "I have the perfect recipe."  Talking about

6  what he's pouring in there, the perfect recipe.

7    Then at some point shortly after that Contreras says,

8  "I think they're gonna take that guy out," or "I think

9  they're gonna whack the dude," I don't remember the quote,

10  but Miss O'Hara has it and you heard it.  Maybe you took

11  it -- some of you are taking notes.  Maybe some of you know

12  what it was but it's something like that he says to Square

13  or to Segura.  "I think they're gonna kill that guy" is the

14  essence.  That's not exact words.

15    Then he goes back and he looks around and he sees

16  Marsh clumsy and dizzy like he's uncoordinated trying to get

17  up and he hears Littrell saying, "Get up, wood," and we

18  heard Healy tell us what "wood" means in the -- in the

19  system, means "peckerwood."  It means a good inmate or

20  somebody that follows the inmate code.  He hears the words,

21  "Get up, wood," and he looks over and sees the guy -- that's

22  the impression I got, body language, couldn't get up.

23    And then he goes back.  Then he says to Rascal,

24  Contreras says, "Hey, your homeboy's pretty messed up."  And

25  then Rascal says in response to the -- to Contreras's

26  statement "your homeboy," meaning Marsh, "is pretty

27  messed" -- oh, Rascal had asked him, "Hey, what's going on

28  up in that cell," and in response to that he says, "Man,

your homeboy's pretty messed up," Contreras does.  Rascal
responds again saying, "Yeah, I've got the perfect recipe."
That's the point that the -- actually it was here, not here.
I had it in the wrong place.  Perfect recipe.  Perfect
mixture of drugs and alcohol.  Whoops.

        Contreras tells us that he delivered a TV adaptor and
a book that looked a heck of a lot like this one, Bethany's
Sin, for Gary Littrell to Rascal.  But Contreras couldn't
swear it was this book.  The officer seized this book and it
showed that it was last checked out to Gary Littrell.  Gary
Littrell takes the stand and says, "Well, it was a soft-back
book by Robert McCammon," and when I showed him this book
which says "Robert McCammon," Littrell corroborated
accomplice Contreras by saying, "Yes, this is the book,"
even though Contreras himself couldn't swear it was,
Contreras wouldn't swear to something he wasn't sure of, but
Mr. Littrell says, "Yes, this was the book."  Bethany's Sin.

        Now, why do you turn in if you're Gary Littrell a
book which normally you could put in the slot yourself, why
do you send it to your co-conspirator to let him put it in
the slot?  You do that because you know you're gonna be
going to the hole or a different area.  They're already in
the hole.  SHU is the hole, but he's going to be going to an
isolated area all by himself, single-celled, and he's not
gonna be able to deal with anything that's left in his cell
because he knows how it works.  Cops come in there and see
that -- seize everything that's in the cell which is exactly
what Barneburg and Toby Baxter did, and Reppond, so he knows

this book isn't gonna get turned in so he sends it over and
the adaptor.

Why does he send the adaptor?  Because if this stuff
gets seized and sits in evidence forever for trial, if he
gets it out of the -- out of the crime scene his buddy can
use the TV adaptor.  He's just trying to do his buddy a
favor.  He does that, but more importantly is the
television.  He had bought a new TV.  But -- and I don't
have the photo, but you -- in one of those pictures there's
a TV on.  You see it, and I -- you heard about it from the
stand.  That other TV is not this new TV.  That other TV was
a state loaner.

Now, he -- Gary Littrell used a very slick, subtle
ruse, trick, to play on officers so that he wouldn't lose
his brand-new TV which he had just bought like in May, the
receipts and stuff are in here, and including the
instructions on how to time it and do all the things that
need to be done to set its gadgets that are on it.  Now, he
claims that this brand-new TV wasn't working right so he --
he -- sends this letter to the repair shop at C.D.C. and he
sends this before the murder.  That's important.  Well, it
doesn't have a date on it.  But he sends it -- his testimony
was that it was before the murder so we'll -- believe him at
least on that one thing.

He sends a letter out to them saying, "Hey, come get
my TV.  It's shutting off automatically," or whatever the
heck it is.  But just a little bit of reading would have
solved the problem and we know that people in that cell can

1    read.  They have books.  We know they can read.  We know he

2    read Bethany's Sin at least, and whether he read that other

3    one who knows, but he read Bethany's Sin.  It's his book.

4    He can read.

5         He's not sending that TV out because there's anything

6    wrong with it.  Mr. Clanton never called anybody from the

7    repair department to say that that was a broken TV.  It

8    wasn't broken.  The reason he sent that TV out is he knew he

9    was gonna murder somebody and he didn't want to lose

10   something he paid cash for because they don't have a lot of

11   cash on their books in prison.  He wanted the TV to be out,

12   not at the crime scene at the time of the murder.  He'd get

13   a loaner in there so that if they seize that out of there

14   the State is only seizing its own TV.

15        So what happens is, he murders the guy, the TV he's

16   paid for is not in the crime scene so Barneburg doesn't

17   seize it.  DOJ doesn't seize it.  It's not in any of the

18   pictures.  The loaner's in the pictures.  So then when they

19   move him to his isolated cell he can say, "Hey, send me back

20   my fixed TV from the repair area.  You can't" -- "you can't

21   claim it was evidence because it wasn't even at the scene of

22   the crime."  Then he doesn't waste the money that he spent

23   with his receipt in there buying this TV.

24        See, a TV, like I was saying, they have rights to

25   have a few niceties and one of the nicest things you can

26   have in SHU is a TV.  So knowing he's going to commit this

27   murder he ain't gonna give up, he's not -- he isn't going to

28   give up the thing that he spent hard-pressed cash, earned

1  cash for.  He's not gonna let it be seized along with every

2  single item in that box that Reppond was talking about and

3  that Barneburg did.  He makes sure -- that's premeditation.

4  He gets that expensive TV out of there so he can ask for it

5  to come back to his new cell where he knows he's gonna go

6  and he knows he's gonna get isolated because he knows he's

7  gonna deserve it after killing somebody.  He knows that's

8  their procedure.  Again, that TV is evidence of

9  premeditation.

10  Bethany's Sin, Contreras hears thump number one.

11  We've got that thing, it looks like a sap and the doctor

12  said it could cause the blunt trauma.  Later, and I don't

13  remember how much time, he hears thump number two, and then

14  he hears the defendant -- the co-conspirator Gary Littrell

15  say to Rascal, "There's no other way."  Well, we know from

16  Special Agent Smith and from Brian Healy and from Rubidoux

17  that they talk in code.  Bottles and stoppers on the Erie

18  Canal.  I don't know what the bottles mean but the stoppers

19  on the Erie Canal is cops on the tier.  Ear, tier, Erie,

20  coppers, stoppers.  We know they talk in code.  "There's no

21  other way," the reasonable inference of what that code would

22  mean through the vent is that "he's dead, I've done what" --

23  "you sent me the stuff down and I used it.  He's dead.

24  There's no other way.  It's over."  That's code.  That's the

25  reasonable inference.

26  Contreras had seen that quantity somewhere in there;

27  the medical records verify that that is the quantity.  We've

28  talked about this.  We'll -- won't go over it again.

1        Contreras, when -- on cross-examination was talked to

2    by Mr. Clanton said, "Yeah, I didn't do anything wrong.

3    Yeah, I was mistreated.  Yeah, the D.A." -- he implied he

4    was forced to testify.  But then when I asked him, "Sir,

5    before anybody talked to you, before I even came out there,

6    were you offered an attorney by Lieutenant Boyll before

7    there was any questioning?"  And his answer was "yes."  If

8    he doesn't exercise his Sixth Amendment right to an

9    attorney, that's not our fault.  The law only says we have

10   to offer him.  The other part of that equation is he has to

11   accept.  He didn't accept.  He wasn't mistreated.  He told

12   you he was offered the attorney.

13       He also wrongfully told you that he -- he -- didn't

14   think he'd done anything.  But then he admitted, "Wait a

15   minute, yeah, I saw the guy pouring that stuff in that

16   alcohol.  I did tell my celly, 'I think they're gonna whack

17   the dude.'  And yet I knew they were gonna whack the dude

18   after I had passed the kind of concoction that could cause

19   him not to be able to protect himself so yeah, I know I did

20   take that stuff down from 118 up to 218.  Maybe I could be."

21   And that was pointed out to him.

22       He was told, "Hey, don't you realize somebody looking

23   at this might see you as part of the conspiracy since you

24   took the poison combination that caused this guy to not be

25   able to fight back?  From one cell to the other one?"  Maybe

26   so.  He did know.  And he had to know because he knew death

27   was a possibility because he said, "I think they're gonna

28   whack that dude."

1    He wasn't mistreated.  And he was offered an

2    attorney.  He said that he took the thing in the -- in, the

3    drug and the pruno in the manila envelope you felt.  It was

4    possible, the officers told you, that that shaped device can

5    in fact fit under those doors in these kind of cells.  I

6    guess it's those cells.  I don't know if it's the exact same

7    shaped cell or not.

8        Frederick Clark, an extremely, extremely interesting

9    man.  The man who came up with this evidence right out of

10   his cell at lunch the other day seized by Sergeant McKinney

11   right there.  Corroborating himself and tying this

12   co-conspirator to this conspiracy in this defendant

13   co-conspirator accomplice's own handwriting.

14       What does Mr. Clark tell us?  He says, "Rascal asked

15   me to perjure myself to discredit Healy for Littrell's favor

16   at Littrell's trial.  He wanted me to lie about Healy to

17   lower Littrell's exposure from murder first down to murder

18   second."  I said, "Well, did you realize that's exactly

19   what" -- "you were successful, that that's what the jury

20   did, they lowered" -- "Littrell's thing from murder first

21   down to murder second, that's what they convicted him of?"

22   And he said, "Yeah," and he said he'd been sent by this man,

23   not by Littrell himself but by this man, Rascal, to help

24   co-conspirator Littrell to blind-side the D.A.  And I said,

25   "Well, did you blind-side the D.A.?"  He says, "Yeah, I

26   guess I did because what happened was what we expected."

27       He was paid five hundred bucks to broadside the D.A.

28   in the Littrell part of this homicide.  Co-conspirator's

1    case.  He successfully did it.  He told you that he had

2    sources.  Now, we don't know what the sources are but just

3    guessing, usually it means that somebody's got a cousin or

4    somebody in law enforcement somewhere with access to

5    computers or else a cousin who's a private investigator who

6    has sources that private investigators have to check where

7    people are.

8        And after he had taken the five hundred and perjured

9    himself for the defense in the last case, broadsiding the

10   People's case, they asked him to do one more thing.  And as

11   bad as he was, he said, "When they asked me to find

12   Shannon," and I don't want to say her last name but I'm

13   gonna call her Shannon Healy even though her last name isn't

14   Healy because she's Mr. Healy's daughter, "when they asked

15   me to find that little girl," and he said eight years old

16   and at the time she was eight years old because this was two

17   years ago, Healy said on the stand she's ten now.

18       I screwed up.  I said, "Was your daughter eight or

19   what?"  He said, "No, she's ten."  Well, when I think about

20   that that's right.  The murder was two years ago so she

21   would have been eight at the time that Clark would have been

22   having this conversation.  It just dawned on me.

23       Said -- he was told that they wanted to find this

24   eight-year-old girl Shannon because they can't reach out and

25   touch Healy because he's in Federal Witness Protection.  So

26   they want to reach out and touch his daughter.  Kill her.

27   And this black man said, "I'm not gonna let these Ku Klux

28   Klan types, white supremists make me an accomplice or a

1  co-conspirator in another Polly Klaus kind of thing.  I'm

2  not going to put some little girl face down in a shallow

3  grave for these Ku Klux Klans."  That was his testimony.

4       And I said, "Well, why would you as a black man come

5  testify for the Aryan Brotherhood in the first place knowing

6  they're white supremists and they don't even like blacks?"

7  And his answer, if I remember -- I don't remember what he

8  said exactly but I think he said, "Money."  And if he

9  didn't, what else would it be?  He did take the five hundred

10  bucks, right?  Not too honest, reputable to -- refuse the

11  money, but -- to perjure himself on Healy, but somewhere

12  down in his soul was a spark of humanity.  There was a line

13  that even that inmate would not cross and he was willing to

14  put himself in the hat for the rest of his life knowing the

15  A.B. will kill him now if they can find him.  Because even

16  he wouldn't allow the little girl to die.

17       And the interesting thing is Healy said, "I never

18  talked to that black man."  And that's probably like Healy

19  because Healy in the -- back in the old days was a white

20  supremist.  He wasn't likely -- he was working his way up in

21  the Aryan Brotherhood -- to be out being friendly with

22  blacks so that's probably just from logic true.  Healy said,

23  "I never talked to Frederick Clark.  I don't know him and I

24  certainly never told any black man about my family, but the

25  Aryan Brotherhood knows all about my family."

26       And how in the world would Clark have learned the

27  first and last name of Shannon if Healy didn't tell him

28  unless somebody in the Aryan Brotherhood told him.  The fact

1  that he had the right name of Shannon corroborates that it

2  happened.  The fact that he had the right age of eight years

3  old and two years ago it would have been -- she would have

4  been eight if she's ten corroborates that this black man

5  told you the truth.

6      Question to Healy.  "Hey, could the Aryan Brotherhood

7  be capable of doing something so foul as going after

8  somebody's family just because they can't get to the person

9  that they think is a snitch?"  And we know they think he was

10  a snitch because Littrell told Rubidoux, "Healy's on the

11  diving team."  In other words, testifying -- diving and

12  testifying for the People.

13      Well, Mr. Healy told you that in the Price case, you

14  know, we talked about the Price case where they killed Steve

15  Bailey's grandfather in Humboldt County and other people in

16  Steve Bailey's family because Steve Bailey testified against

17  the Aryan Brotherhood, and Steve Bailey was in the witness

18  protection and they couldn't get him so they killed his

19  family, so Healy says, "Yeah, they're capable of doing it."

20      We've talked about that.  Talked about this.  So you

21  have two instances now of this man trying to suborn perjury

22  in this case, and why would you suborn perjury unless you're

23  guilty?  There's no reason to take a chance on suborning

24  perjury if you're innocent.  He suborned Ridinger by asking

25  him to tell a lie about this stick incident to protect --

26  co-conspirator Littrell, and he paid for perjury from Clark

27  to try to impeach Healy under Clark again to help his

28  co-conspirator Littrell.  Why do you help somebody if you're

1254

1    not in conspiracy with them?  Why take that chance twice?

2    Because it's part of the conspiracy.  It's simple.

3         Vernon Rubidoux.  You heard the defendant say, "I

4    took that punk's wind."  The records corroborate that it

5    could have happened.  The times sequence stated by the

6    officers corroborate that this indeed could have happened.

7         Sergeant McKinney says you can talk -- talk through

8    these -- I've got the wrong events.  I'm mixing up events.

9    It's easy to do.

10        These records show that this could have happened.

11   You don't have to just go by him.  He gives a date, he gives

12   the date and he says where and who was there and it was.

13   Says -- the co-defendant while this defendant was there

14   says, "I took that punk's wind."  Well, we know it was a

15   strangulation so that code -- again, they're talking in code

16   but that has to mean to a logical certainty that he

17   strangled him.

18        "He didn't have no rock coming."  Shamrock, in other

19   words.  Marsh had become initiated but hadn't made his bones

20   and when he had a chance with Gavin Shine he didn't do it so

21   he's a punk and he didn't have no rock coming.  He was

22   giving out too many free passes to those wearing big green

23   hats.  Gavin Shine in the hat.  Green hat, Aryan Brotherhood

24   hat.  That punk Marsh wasn't putting in no work or pulling

25   his weight on the mainline.  He wasn't going out and

26   stabbing people or molesters or whatever they're telling

27   them to do.

28        When Rubidoux told Littrell, "Aaron ain't no slouch,

1  Rascal, this defendant, piped in, and it's crucial, it's
2  really important that you focus on the word "we, we put a
3  mickey, we put poison in his drink," so even if he isn't a
4  slouch, he's tough, he can't fight back.  "I made him a
5  bomb," and then Rubidoux says, "I guess you're gonna" --
6  "you're gonna" -- "Deadeye beat his case."  In other words,
7  Deadeye successfully knocked his murder down to a
8  manslaughter which is true.  "Yeah, but that" -- forgive me,
9  "yeah, but that fucking punk's on the diving team.  I'm
10  gonna use Deadeye's defense, though, to fool the jury in
11  Ruffo's murder.  Use the same M.O."

12       The Marsh murder is the second -- see, there have
13  been two murders in this conspiracy.  The first was Ruffo;
14  the second is Marsh.  Okay.  So he said -- they're gonna try
15  to use -- the A.B. is gonna use the same defense.

16       Rascal then says A.B. was sending two shooters to
17  kill Wino.  Rubidoux didn't even know Wino.  But they come
18  up, Rascal comes up with Wino.  Now he's solicited perjury
19  twice and has apparently solicited murder of a material
20  witness.  Because two Aryan Brotherhood members are paroling
21  to the Modesto area and Rascal, not Gary Littrell, Rascal
22  pipes in and says, "Yeah, two shooters are going there to
23  whack Wino from Modesto, the northern Mexican, the buster,"
24  and when they say "busters," that's sod busters because that
25  is a bad nickname for the Nuestra Familia or Northern Family
26  or Northern Structure prison gang which he told you he was a
27  member of, and we're talking about the guy who comes to
28  court with cops in protective custody.

1    That's why I put on Officer Reuben Roman with the

2    badge on his belts to show you yeah, he had been bringing

3    Wino to court on previous occasions in protective custody.

4    It corroborates that what this guy who doesn't even know

5    Wino is right on, he's accurate, and the only way he could

6    do that is to have heard it from somebody who was in court

7    when it happened.  Rubidoux wasn't in court when Wino came

8    to court in protective custody on previous occasions.  Guess

9    who was, though.  Him.  (Mr. Fallman pointing to the

10   defendant.)  So unless Rubidoux is psychic, then he's

11   telling the truth.

12        Gary then said Deadeye's defense will work because

13   "there's no bottles and stoppers on the Erie Canal."

14   There's no coppers on the tier.  "To," in other words,

15   "refute or rebut my version that this was self-defense."

16        Both defendant Rascal and co-conspirator accomplice

17   Littrell said Wino delivered the wine up to Gary in Marsh's

18   cell.  That corroborates Ridinger and Contreras.

19        Rascal said the northern Mexican had to die because

20   Gary thought Wino saw Gary choking March -- March -- Marsh.

21   I wrote "March" but I meant "Marsh," in a leprechaun hold.

22   Wino didn't say he saw that.  Contreras didn't say he saw

23   that.  But Rascal said that Littrell thought he saw it.

24   They were just wrong.  He didn't really see that but they

25   knew he'd been out there and one of them had seen -- one of

26   them go by with a worried look on his face so they assumed

27   that he'd actually seen the leprechaun hold so they --

28   they -- they're gonna kill him because they know if he did

1257

1    see him doing the strangulation he's an eye witness to the

2    murder so they're gonna kill him for two reasons, number

3    one, because Gary thinks he saw the actual strangulation,

4    and number two, because he has testified both against

5    Grizzle and Littrell at preliminary hearings and at

6    Littrell's trial and he's willing to testify in this trial

7    which he did.

8         Rubidoux said that he knew Aaron was an A.B.

9    corroborating what we know from many sources including

10   Healy.

11        Rubidoux said that he approached the D.A.'s Office

12   through his own attorney by -- on advice of attorney George

13   Mavris -- Mavris, local attorney.  He's in the witness

14   protection program too.

15        He says that the conversation about this -- all this

16   stuff that we've just been talking about bottles and

17   stoppers and all that occurred with both Littrell and the

18   defendant Rascal in the attorney visiting when Mavris was

19   late.  Those records corroborate that.  And he was in a

20   holding cage.  He said -- he admitted that he got immunity

21   and witness protection.

22        We've talked about the tattoo about boxing.  Let's

23   talk about Gary Littrell's testimony.

24        Gary Littrell is a liar.  For the following reasons.

25   He says, "I had one cup and a sip."  Science says he'd had

26   none.  Zero zero zero.  He says, "My celly hit his head," to

27   Officer Traylor heard by Ridinger.  That's a lie.  In front

28   of you he says, "I choked him out.  I wasn't about to let

1   him up.  I used two garrotes on him," and -- and then he

2   didn't say this but the implication is he destroyed evidence

3   by flushing and cleaning the cell up for a little bit over

4   an hour.  No one, not Contreras, not Ridinger, not Traylor,

5   not Weideman, these two officers, heard this alleged fight

6   on the 23rd and that's because it didn't happen.  It's a lie

7   that the defendant tried to get Ridinger to tell and other

8   people.  Talked about that.

9       Oh, Littrell admits that he sent the manila folder

10  with the -- that the pruno had been in that -- that

11  they'd -- that was drunk by Marsh and he says he had a cup

12  and a drink of.  He says he sent it a cell and a half away.

13  I said on the stand, "Was that Martinez?"  Because when you

14  look at the map, it was up there, and Martinez was the only

15  one that was two doors away.  He admitted it because he was

16  forced to on a previous occasion.  He wouldn't have but the

17  map forced him to.  He said, "Yeah, I sent it to Martinez's

18  cell."

19      And guess what, if you look at all the stuff that was

20  seized by Barneburg in the cell, and Baxter and Reppond, the

21  manila folder never showed up and that's because it did go

22  out to another -- he's probably telling the truth, it went

23  out to another cell.  That's why it wasn't found in the

24  cell.  We know the pruno was there because it was in the

25  blood alcohol of the decedent.  Are you gonna really believe

26  Littrell's version of his lie, because he's much bigger,

27  much stronger than Marsh.

28      Now -- well.  Your Honor, would this be a good time

1259

1    to break if --

2        THE COURT:  All right, we'll break for lunch, ladies

3    and gentlemen.  We'll recess until 1:15.

4        Remember the admonition.  One-fifteen.  Court's

5    recessed.

6        (Whereupon the noon recess was taken.)

7        THE COURT:  We have in court all members of the jury,

8    the attorneys and the defendant.

9        Mr. Fallman, you may continue.

10        MR. FALLMAN:  Thank you, your Honor.  Ladies and

11    gentlemen, as -- as usually happens when I write out these

12    messy things like notes for myself, by the time I get to the

13    last couple of pages I realize I've already said what's on

14    the last couple of pages so we're -- we're closer to the end

15    of this torture than you might think.  But it is an

16    important case so I -- I do not wish to be remiss in my job.

17        I have a question which I've largely posed for myself

18    and for you in this case, and can't -- can an evil man

19    change, or at least in some ways.  And we're talking

20    obviously about Mr. Healy, just about as evil as whatever

21    the definition of evil would be.  Mr. Rubidoux, not so bad.

22    Rubidoux will get out.  Ridinger will get out.  Contreras is

23    out on parole.  Clark will get out, but each with their own

24    relative degrees of evil that you've clearly heard and they

25    were all in Level 4 state prisons.

26        But at some point a conscience developed in all of

27    them, or maybe as might sound sort of, you know, hokey, but

28    it's called in some -- some sectors a still small voice and

1  I think that many of us believe that this is in every human

2  being.  Maybe in somebody like him it's like a tiny little

3  flame and maybe in somebody like a Gandhi it's like a raging

4  fire, but it's a voice within the person.  And maybe people

5  can change and Healy tells us it happened when he murdered

6  his best friend.  That was a turning point.  Nothing else

7  would have done it.  And he says having done that, he would

8  have come forward whether or not he'd been convicted.

9      Now, you're the judges of the facts, the total judges

10  of facts.  You're going to have to decide from -- from

11  everything, the body language and the way these guys talked

12  to you whether they were truthful with you, whether their

13  stories are corroborated by other things.  That's for you.

14      I -- I didn't really come to a position on him.

15  Maybe there is one that you could think of.  This guy

16  came -- he came to his Waterloo point I guess you'd say when

17  he realized from the defendant that the word "whack" didn't

18  just mean stab the way it did back when they were both Nazi

19  Lowriders.  A.B. means kill.  And that was a point beyond

20  which he wouldn't go any further.

21      Contreras, he had to be nudged, he had to be sort

22  of -- you know, let him know by the officers and himself

23  that "hey, you did know that something wrong was going on

24  because you made a statement to Segura that 'they're gonna

25  whack the dude.  I think they're gonna whack the dude,' and

26  you knew you were carrying something more than just pruno

27  because you'd seen what it was."

28      And this man who perjured himself in another case,

1261

1    his still small voice wasn't gonna click on just for money.

2    I mean, he would take that but it clicked on when it

3    involved possibly a little girl.  That was -- there's a

4    point at which even these men change, at least some of them.

5    Maybe not totally but -- maybe not people you'd ever invite

6    over to dinner but something about them changes.

7        So my question to you, you got to go back in your

8    own, our own Western Christian-Judeo traditions and ask

9    yourself is this possible.  Is this possible given the

10   structure of the beliefs of our Western civilization that we

11   all grew up with in this United States, is it possible, is

12   there any precedent for this.

13       There's a very important book of law in ethics where

14   there are so many examples of it, and somebody like I who

15   shamefully didn't have a good background in it didn't know

16   so I asked somebody who did.  I asked Kelly Keefer from

17   College of the Redwoods to help me with this because she

18   knows this law which I should know more about and which

19   hopefully you do know more about and she gave me these

20   examples of these people who changed and we use these

21   examples weekly Sundays and at night teaching our children,

22   depending on what our religious backgrounds is, at least,

23   that a man can change.  Here are examples Kelly gave me.

24       Barabbas, the one that Pontius Pilate talked to the

25   crowd, "You want to save Jesus Christ, you want to save that

26   murderer?"  "Give us the murderer."  But the murderer

27   changed.  The experience let him for the first time hear his

28   own still small voice and Barabbas changed.

1    Saul, read that tonight in your Bible about Saul.

2    We're not -- no, you're not supposed to do anything outside

3    of court.  After the case is over read it, unless you

4    remember it.  Saul changed from a criminal into Paul the

5    Beloved, the apostle.

6    Matthew, at one point a thieving tax collector,

7    became a repentant writer of the Book of Matthew, or at

8    least it's attributed to him.  Some scholars say maybe

9    somebody else wrote it.  I don't know enough about the

10   subject to say.

11   A second person who is a tax collector, I guess

12   that -- having access to money is a real temptation to

13   ignore a still small voice.  Kelly tells me Zacchaeus was

14   also a tax collector thief turned repentant Christian.

15   Now, I'm not trying to bring Christianity in here as

16   a religion because I can't, under the First Amendment, of

17   course, but on the other hand, there's nothing in the First

18   Amendment that precludes talking about any particular

19   subjects of philosophy or ethics or law from that

20   perspective rather than mere religion or religion from the

21   First Amendment point of view, because I don't mean the word

22   "mere" when I say religion.  Context gets tough here.

23   Another example, King David.  If you want to look at

24   the book of Samuel, Kelly reminds me that King David is

25   technically a murderer.  He knowingly sent -- I think it

26   was -- oh, what was the lady's name?  Bathsheba's husband,

27   her married husband into Babylon knowing that the captain

28   would be -- hoped that the husband would be killed so he

1263

1    could make this lawful wife his concubine and that's what he

2    did.  But yet King David became one of the -- I think in the

3    family from which the lineage of Jesus the Christ, and King

4    David, a wise man and a good man, an example except in that

5    one aspect, I think, that we talk to our children about in

6    our Bible.

7         King Nebuchadnezzar Kelly tells me repented and

8    relented on killing Daniel and several other Christians and

9    perhaps became the first Babylonian Christian leader

10   himself.  I don't remember if she said Babylonian or

11   Caledonian but those of you who know this law which is an

12   important law, too, know better than I.

13        I can give you -- oh, wait a minute.  Mary Magdalene,

14   another -- perhaps if not criminal, certainly on the other

15   side of moral law, who became a good example of -- we talk

16   to our children about of how human nature can change.

17        So if the things, if the things that we teach to our

18   children as examples many times over -- and these aren't all

19   that are in the Bible which is what Kelly could find.  Other

20   people probably could find more.  If this minimum number of

21   at least eight examples means anything, then before you

22   reject out of hand these bad guys, remember that some of our

23   bad guys have turned out to be examples that we live by,

24   that we tell our children about.

25        I'll give you two more.  You remember the movie

26   Gandhi?  Gandhi was able to bring a murderer out of hell.

27   Gandhi in -- near the end of the movie, you recall, he was

28   lying in bed and he's fasting because the Hindus and the

1  Moslems are out there just wiping each other out in the

2  street, and eventually this would cause India to split up

3  into India and Pakistan and Bangladesh because of religious

4  difference.  But Gandhi wanted to hold a nation together

5  under a common enemy, the Brittish Colonialists, and Gandhi

6  was lying in bed fasting and he says, "Until the two halves

7  of my people quit fighting I'm going to fast," and he knew

8  he was going to die.  He was a frail little man and he was

9  about to die anyway.

10  Nehru was in the room, I believe Nehru was a Hindu,

11  and the great Moslem leaders were in the room also at the

12  bed with Gandhi who is physically dying, and if you remember

13  a man runs in and the first impression is "oh my God, an

14  assassin is going to run in the room and jump between all

15  these leaders and stab Gandhi," and we know, of course, an

16  assassin later in the movie does kill Gandhi, but in this

17  scene what we think is happening is not.

18  The man runs in and he looks deranged.  You look at

19  his face, and he's -- he puts his hand on Gandhi, they're

20  gonna -- they're just gonna -- without waiting to hear what

21  he's saying, these other people are gonna throw him out, get

22  him out of there before he can hurt somebody and he says,

23  "Father, Bapu, I need your help.  Only you in the whole

24  world can help me," and Gandhi, the perceptive person that

25  he is, puts his hand on the head of this man who's leaning

26  down there next to his bed and says, "What's wrong?"  And

27  the young man who's a Hindu who has come to Gandhi, head

28  Hindu leader and more than that, just leader incarnation in

1  a way, says, "I am in hell.  Only you can help me out of

2  this."  He says, "What did you do, my son?"  "Well, in the

3  riots out there I lost it.  I lost it and I took a Moslem

4  baby boy and I smashed his head against a wall and I killed

5  him and now I'm in hell.  Because I'm such a coward for what

6  I did.  I murdered a little boy for nothing.  And I can't

7  get out of hell.  What can I do?"

8      And Gandhi says, "I have a way to get you out of

9  hell.  But you have to do what I say."  And he puts his

10  hands on his head and the man looks at him and he says,

11  "I'll do anything, Father.  What is it?"  And he says,

12  "Because of what my two halves of my family are doing in the

13  street there are all kinds of orphans running around there,

14  little boys whose parents were killed just like you killed a

15  boy.  Well, there's other families where there are boys but

16  no parents who have been killed.  You go out there and you

17  get a little boy and you raise him as your own and you do

18  the best you can with that little boy."

19      And he says, "Yes, Father, I will do that."  And as

20  the man starts to leave he says, "But there's only one

21  catch.  Raise him as a Moslem.  Get a Moslem boy."

22      Now, this is a Hindu.  The point is, that man had

23  become a murderer but the still small voice in him came up,

24  he wanted help, he wanted to change, and we have to assume

25  he did.

26      One last one I'll tell about a change and this is

27  more apropos.  This is one I can personally talk about.

28  This is of a man named Bobby Davis.  Bobby Davis was an A.B.

1  Bobby Davis changed.  He didn't totally change, I'm not

2  saying those guys are totally changed, but those leopards

3  did lose a few of their spots.  Not all of them.  And Bobby

4  Davis was a very famous man.  This is of the case of an

5  Aryan Brotherhood member who shot four highway patrolmen

6  down in San Diego and he's the man that caused police forces

7  everywhere to go through -- if you watch those old Dragnet

8  movies, Jack Webb, they're always using thirty-eights with

9  six -- you know, revolvers.  And nowadays you look at the

10 cops, everybody's got a Glock or a Sigsauer or a Smith but

11 it's always an automatic, well, the reason for that is cops

12 learned from what Bobby Davis did to four highway patrolmen

13 that they need to not be wasting time loading a revolver

14 slowly.  They need to be able to jam a clip in a gun and

15 have another clip so they can fire.

16         Because Bobby Davis, as bad as he was, he was a math

17 genius.  Bobby Davis grew up in Tennessee and he spent

18 almost all of his life in prisons or in reformatories back

19 east until he hit California, but unfortunately for us he

20 was out for a while and while he was out he and his partners

21 got together and did a robbery and some crimes in the Santa

22 Barbara area so they were in a shootout with the cops.

23         And Bobby Davis, you know how some people count cards

24 over in Las Vegas and Reno?  Bobby Davis counted bullets

25 mathematically the way some people can keep track of cards

26 when cards are dealt from the deck, and he knew the cops had

27 fired 24 bullets and they were out.  He and his friends ran

28 up and killed them, but they ran up and shot the cops and

1   the cops were all four loading their guns and because of

2   that they changed to automatics.

3        I tell you this story because I didn't represent

4   Bobby Davis at that point, I represented Bobby Davis later

5   after he was in Folsom Prison during -- for lifer hearings

6   because he did like Healy.  He did come before the Board of

7   Parole once in awhile and would try to get out.  He didn't

8   get out.  He had a right to a hearing but he -- but he would

9   have his hearing.

10       I tell you this because even though Bobby Davis was

11  an accomplice and a co-conspirator to killing four highway

12  patrolmen, a still small voice came in Bobby Davis and he

13  stopped the Aryan Brotherhood from killing a guard at

14  Folsom.  There was an old man who -- was about to retire, a

15  correctional officer, and they -- they figured, "well, of

16  the officers in the area where we are let's pick the weakest

17  one, overpower him, take him captive and use him as a

18  hostage and have them let us out and if they don't we'll

19  kill him," and so the cowards that they were, they picked an

20  elderly officer, somebody who was within a month or two of

21  retiring.

22       Bobby Davis didn't like any cops at all.  He killed

23  four of them.  But something came on in his mind.  He went

24  against the Aryan Brotherhood, he turned in the plot.  He

25  said, "Go in the cell so and so and you're gonna find what

26  looks like a black gun.  What it really is is a big old bar

27  of soap that's been carved down into the shape of a gun and

28  painted with shoe polish," but they were gonna use that to

1    try to overpower -- at least get control of this one guy,

2    the elderly man.  So he saved the guy's life and because of

3    this the man -- this officer retired and was saved.  He

4    probably would have been killed.

5         And I said to Bobby Davis, I said, "Well, why in the

6    heck would you save that cop?"  Because -- what happened

7    because of it, Bobby Davis thereafter asked for solitary

8    confinement, he asked to be single-celled alone forever and

9    that's what he did.  And I said, "Why did you do that?"  And

10   he says, "Well, I figured I spent my whole life doing bad

11   stuff and I killed four cops and now I'm getting older and I

12   had a chance" -- I knew this would be my only chance in my

13   life to give one back so I killed four and gave one back."

14   That's his version of that still small voice flaming up at

15   least a little bit.

16        Even the worst of them, under some circumstances they

17   can do the right thing.  That's all I'm asking you to think

18   about in this case, has that happened and is it

19   corroborated.  You have to listen to your still small voice

20   to decide that.

21        Most of this part we've talked about.  So let me just

22   go down it and see -- again, he said he never talked to the

23   black man.  The black man confirmed it.

24        Talked about the two murders that have been part of

25   this conspiracy.  Talked about the fact that he's now in the

26   hat for the rest of his life as are all of them if they're

27   found.  Told you that Rascal agreed to take care of the hit

28   on Marsh.  And we've talked about Rascal following through

1  and asking Ridinger to do it.  We've talked about that.  The

2  Joey Hayes thing and the twin.  Talked about that.  That.

3  We've talked about everything.  Thank you.

4       THE COURT:  Mr. Clanton?

5       MR. CLANTON:  Good afternoon, ladies and gentlemen.

6  Before I begin my actual comments I'd just like to thank you

7  for your time and your patience.  It's been kind of a long

8  case.  It has been a complicated case and it is important

9  that there are people willing to serve as jurors so -- the

10  system wouldn't work without you so I'd just like to say

11  thank you on that regard.

12       And then secondly, this is my last opportunity to

13  address you in this entire case.  The rules of court are

14  such that the People because they have the burden of proof

15  are gonna have another opportunity after I speak to address

16  you.  So what I would ask you at this time since we're all

17  here to -- the common goal to try to give the fairest

18  possible trial at all to Mr. Grizzle, just give me as much

19  attention as you can in this late part of the day and try

20  and recall my comments during rebuttal and try and reflect

21  back on what points I might make during that rebuttal

22  because I'm not going to get an opportunity to do that and I

23  think it's only fair that my comments are at least

24  considered at that point in the case, although I'm not gonna

25  be there to do it personally, so it's a small favor I'd ask

26  of you and with that I'll get on to my comments on the case.

27       Mr. Fallman when he opened -- opened up his case, in

28  closing told you that Mr. Marsh had a right to life and to

1     wanting in the extreme.  And I have no doubt that after you

2     do that you'll come to the conclusion that another jury has

3     already come to that Mr. Grizzle is innocent of these

4     charges, there was not a conspiracy, this was a matter

5     between Mr. Marsh and Mr. Littrell.  Thank you.

6           THE COURT:  All right, we'll recess ten minutes.

7     Remember the admonition.  Ten minutes.

8                   (A brief recess was taken.)

9           THE COURT:  Okay, we have all jury members, the

10    attorneys and the defendant.

11           Mr. Fallman?

12           MR. FALLMAN:  Thank you, your Honor.  Ladies and

13    gentlemen, I want to take this opportunity to respond to

14    some of Mr. Clanton's remarks.  Very -- very important.  I

15    wouldn't have even mentioned this but since he did I think

16    it needs to be pointed out that the other case has nothing

17    to do with you.  There's a jury instruction which basically

18    says that but the way it was argued, I would like to at

19    least briefly put it in perspective.

20           Mr. Clanton says this issue's already been decided.

21    Well, if that were true, you wouldn't be here.  You are not

22    puppets.  You have a real role and you have a solemn duty on

23    both counts.

24           In the last case the jury found him not guilty of --

25    Mr. Littrell not guilty of the conspiracy.  That's Penal

26    Code 182.  They found him guilty of murder.  You still have

27    that option on both.  There were slightly different evidence

28    that was used in that case from this case.  And we can't go

1   into why because there's a jury instruction that says that

2   that is not relevant.

3       But one of the things we can talk about is something

4   very big which happened last time.  There was the perjured

5   testimony of Mr. Clark testifying for Mr. Littrell.  And it

6   was paid for by that defendant.  That defendant.  Is the one

7   who solicited him.

8       You have one huge bit of evidence that was not in

9   front of the last jury.  You now have Mr. Clark in the final

10  version.  And no matter what they say about him -- yeah, he

11  probably was a liar when he was around Sergeant Miller, but

12  one thing counsel danced around very artfully, he certainly

13  didn't mention to you, was that Mr. Clark couldn't lie about

14  something he didn't have any knowledge -- or something -- he

15  couldn't lie about Shannon.  He came up with the right name

16  of the only daughter, the right age of the only daughter of

17  the one witness that he had been hired to blindside over

18  here, and indeed the Prosecution was blindsided by Mr. Clark

19  on one count in the last case.  It doesn't mean anything.

20      You have blinders on; you need not be blindsided.

21  Look at all of this.  These options are certainly open to

22  you.  And with that said you should ignore the last case.

23  There's a difference.

24      I'll try to confine myself just to responding to

25  things that Mr. Clanton brought up.  He brought up -- he

26  kept mentioning my name personally all the time, I did this,

27  I was there, I showed up in vignettes, and at the end, all

28  of this, I mean, if you listen to that whole thing it

1  sounded like a case of the People of the State of California

2  versus James Fallman.  I don't know that that case has ever

3  been charged.  I think we stay on track, we stay focused and

4  don't get pulled off onto that side road, the case you're

5  here to decide is People versus the defendant.  Mr. Grizzle.

6  Elliott Scott Grizzle.

7      And here is what logic, if any, a person could --

8  that I at least would think a person would draw from what

9  you heard of the evidence about the deal for fifty years

10  four months for Mr. Healy.  I think he said he was 35.  His

11  MERD, M-E-R-D, most early -- or most early possible release

12  date is 2037.  That makes him 72, and if he behaved badly

13  and it were 2041 that would make him 75 when he gets out.

14  This is the earliest he could, and if -- if he gets out the

15  earliest he gets out in is 72.  With Hepatitis-C, that -- I

16  never heard of that before until he said he had it on the

17  stand.  But if he in fact does have Hepatitis-C he probably

18  won't live to make it in the prison environment for that

19  time.

20      Yeah, he does have a tan a little bit more than when

21  he was in Pelican Bay but he told you he is still in SHU.

22  He is in SHU but he's in SHU in a warmer climate in federal

23  custody, and that's why the federal marshals were here

24  before.  Counsel said he was all dressed in street clothes;

25  well, I think you saw that he was shackled.  It's not as if

26  Mr. Healy has a free right.  He is still in heavy protective

27  federal SHU somewhere else, and even if that -- we didn't

28  know about that the likelihood of that, if -- from -- from

1    the Prosecution's perspective it is well worth taking a

2    chance that this person will not make it that long if

3    they're gonna be the one person who's gonna help take down

4    this group of rascals.

5         Dr. Lawrence and Dr. Falconer, well, the big picture

6    of the things on the neck, counsel correctly said it to you.

7    Again, but it's what he left out.  If you play that back, if

8    you have the testimony of Falconer and Lawrence, the two

9    pathologists, played back you will remember Dr. Falconer

10   saying that this stuff when I showed him the picture could

11   be consistent with a self-induced abrasion and counsel told

12   you that Dr. Lawrence accepted it was consistent with the

13   way Littrell had told it in a previous transcript, but on

14   cross-examination the doctor quite honestly I feel answered

15   my question which was "could it be consistent with other

16   scenarios?"  "Yes."  "Could it be consistent with

17   self-induced abrasion?"  "Yes."  So these two pathologists

18   both said it could have been self-induced.

19        M.T.A. Lara.  If you look at the tape, the video

20   which we've all forgotten to talk about where the sound was

21   down -- since the judge didn't allow that sound up, when you

22   go in the jury room please don't turn the sound up.  Leave

23   it off.  Don't -- I mean, even though there's sound on

24   there, just play it, if you use it at all, the way you did

25   in court.  No sound, okay?  Because that's how the judge

26   said it was so keep the sound off.

27        I wouldn't have mentioned it at all, I would have

28   totally forgot it, but on it that blond lady who's working

1    over the corpse of Aaron Marsh when they're going into the

2    cell is M.T.A. Lara.  Now, she told you that she has since

3    moved to Corcoran II.  She's now a nurse down there in

4    Corcoran II.  If you want to speculate on how many cases she

5    has had since July of 1997 both here and -- at Pelican Bay

6    while she was here and then after she went down there to

7    Corcoran, probably she had one case a day, that would be a

8    lot of cases; wouldn't it?  She's probably handled hundreds

9    of cases, and without looking at her reports -- (Shaking

10   head) -- you know, what -- why would this case be that big

11   of a thing for her.

12           One of the things I remember her saying about every

13   one of those marks, I showed her all those pictures and I

14   said, "Are all those marks consistent with what you saw?"

15   "Yes, they are."  And then I said, real important, "On your

16   report in front of every one of those things that you found

17   you had the initials 's-u-p,' period.  What does 's-u-p'

18   mean, Miss Lara?"  She said, "It means superficial," and I

19   think that's what you see when you -- when your own eyes

20   corroborate what she told you, superficial on the body of

21   Mr. Littrell.  We're talking about Littrell.

22           Counsel said that only desperation on the part of

23   Healy, Clark, Contrereas, Ridinger and Rubidoux brought them

24   to do the right thing.  That they did it only for themselves

25   to get out of SHU.  Well, counsel also told you -- I think

26   he tacitly admitted to you, the bottom line, and if he

27   didn't you've heard the bottom line even though you heard it

28   from five different people and you may not have put it

1  together at that time.  Out of those five people we just

2  mentioned, those five inmate witnesses, only one of them is

3  gonna be in prison for the rest of his life and that's Mr.

4  Healy.  Well, maybe not.  But -- the effect -- the effective

5  rest of his life.  Those others were all due to get out

6  shortly anyway.  They would have gotten out of SHU within a

7  short period anyway.

8       Ridinger was actually on the mainline when he

9  approached the sergeant.  I believe that came out in the

10  trial.  He wasn't even in SHU at the time.  He had been, it

11  is true, during part of the period he had been in SHU.

12       Contreras has discharged.  Yes, we will make a

13  recommendation to the Madera D.A. about the half gram of

14  methamphetamine and the small amount of marijuana and

15  whatever the smoking device that he was found with, yeah,

16  because I think it's in the interests of justice for him to

17  put his life for the rest of his life in danger and come

18  forward and try to help.  In order to take down an organized

19  conspirator, just the part of it we can deal with today, the

20  part that you can deal with, one part of that conspiracy.

21  I -- (Nodding.)  That's -- yeah, right out on the table I

22  think that's absolutely the right thing to make a call down

23  to the D.A. and tell them what he did and encourage them to

24  give him a break.

25       And about Mr. Clark, yes, I'm absolutely trying every

26  way I possibly can, although it's not in my hands, but as

27  much as I can encourage the powers that deal with where a

28  man paroles, I hope that Mr. Clark, and I will try to help

1    him parole out of state, because imagine yourself being a

2    black person having testified against one of the biggest

3    white supremists' organized crime gangs in the country, if

4    not the world.  Wouldn't -- wouldn't you want to get out of

5    state or get as far away as you could and parole out of

6    state?  Yeah, I think that's in the interests of justice so

7    if that's a crime, I'm guilty of that.  I'll try to help him

8    get parole out of state.

9         Why didn't we bother to put to Special Agent Smith

10   the one question, "Was Grizzle an A.B.?"  Why didn't we ask

11   Captain Dillinger -- or Captain Dillard.  I don't know why I

12   put "Dillinger."  Dillard -- nature of this case I think.

13   Captain Dillard the question?  Well, number one, Dillard,

14   they called him as their witness so it wasn't even on my

15   mind.  In fact, the last question if you remember that I

16   asked him was, "By the way, are you the head of the gang

17   unit out there?"  I hadn't even really been thinking of him

18   in that context because I had plenty of other people and I

19   didn't bother to ask this witness that although I could

20   have.  Simply because Healy'd already told us that he was an

21   A.B., Rubidoux had already told us he was an A.B. and

22   Ridinger had already told us he was an A.B. in the

23   conversation in which he was asking this guy if he wanted to

24   move up from the tip and "do you want to whack this guy for

25   us?  Do you want to whack Marsh?  The doors could be opened.

26   I'll ask Gary if there's a way to open the doors," so we had

27   that through three witnesses.  How many times do you have to

28   step on -- step on a dead bug to kill it?  I mean, the issue

1  that -- the issue to me was -- was already out.  So

2  that's -- that's the answer to why if he wants to know why.

3         And, a statement out of Grizzle's mouth if you

4  believe Ridinger was "we A.B. don't whack people that way.

5  We don't do it that way.  'Whack' doesn't mean stab, it

6  means kill."  He confessed, he admitted to Ridinger he was

7  an A.B., so if you believe Ridinger that issue's covered

8  three ways.

9         Now, what about Captain Dillard taking some time and

10  finally moving these two guys in there?  Well, we had

11  testimony and I firmly -- I frankly can't remember where it

12  came from but one of the witnesses said, "We don't normally

13  mix people of different races and we try to put people that

14  are in there that are compatible," and apparently since Mr.

15  Stinson has -- one of those people has had one of the other

16  ones, I think Mr. Terflinger, for a cellmate for years, I

17  don't think that the prison has any problem putting two

18  A.B.'s in there because before Healy did the hit on Ruffo

19  the A.B.'s weren't killing each other.  There was no reason

20  to not put them together.

21         And at the time of the Marsh thing, Marsh was still

22  alive, so the only track record for A.B.'s killing that the

23  prison would have been aware of was Healy and Ruffo.  It was

24  a one-time thing.  They didn't realize it.  The pattern had

25  started so I think that's probably -- I can't get into the

26  mind of Captain Dillard but I think that's a reasonable

27  inference to draw as to why they put them together, because

28  these guys can live together.

1    We know they've done it because apparently the A.B.
2    encourages that.  They have a pattern of putting experienced
3    A.B. with a new one for training and schooling.  And
4    apparently they live through it and have grown as an
5    organization and -- successfully school their new recruits
6    so they must have been able to cell compatibly in cells
7    before.  That's probably what the answer is to counsel's
8    question.

9    Marsh wanting to come over.  Well, if Marsh was an
10   A.B. as everybody agrees, both sides, then Marsh is not
11   going to know when he's coming over that the Council via
12   Rick Terflinger has put him in the hat.  The A.B.'s not
13   going to say, "Hey, come over because you're in the hat."
14   They're just going to say, "Hey, come over for schooling,"
15   or for whatever reason, "Come over."  And A.B.'s want to
16   cell with each other.  I think that's the reasonable answer
17   to that.

18   Ridinger, why would he -- he described -- he answered
19   this but let's make sure we go through it because obviously
20   our minds hopefully don't work the way convicts' minds work
21   or we'd -- thank God our minds don't work that way.  What's
22   the psychology of knowing you're in the hat because you
23   raised your hand and then backed down and then agreeing
24   anyway to go and move in.  The answer is, and he told us, "I
25   wasn't really gonna go in.  I was gonna go get moved in and
26   while the guard was there I was gonna attack him.  I was
27   gonna rush him at the cell door."
28   What that would do, it would cause them to move him

1   into protective custody which would actually protect him.

2   Because since he knows he's in the hat, what he does is he

3   creates a fight.  The fight is an infraction that forces

4   them to put him in -- in -- in security housing which is

5   what he wants, because if he goes out to the mainline the

6   A.B.'s got the word out to all kinds of soldiers to whack

7   him, but if he can get in protective custody for the short

8   period he has left on his sentence he stays alive.

9        And that SHU is not in some respects the huge hell

10  for everyone that it is for most.  For a normal person

11  living that way would be absolute hell, but for somebody

12  who's on -- who's on the hit list and who has a chance to

13  parole someday like Ridinger SHU is a wonderful place,

14  because if you get single-celled in there and you're in the

15  hat nobody can get to you to whack you and if you can live

16  in that single-celled place alone long enough for your

17  parole date to come around then you can get out on the

18  street.  That's it.  And that's what will happen in his

19  case.

20       The letter, this letter right here of Ridinger, he

21  told you why he wrote this.  He's been in the prison system

22  and he knows that they have a gang unit.  Officer Willis was

23  on the gang unit.  Captain Dillard is the new head of the

24  gang unit.  Not only does that gang unit try to look at

25  everything they do, but in Sacramento, the big gang unit is

26  looking over what every one of the thirty-one plus prison

27  gangs are looking at, and what the prison gangs' units are

28  looking at, they monitor the mail and Ridinger told you

1  that.  They monitor the mail.  This was another artifice to

2  get put into protective custody.

3       He didn't bother to put it in code.  He puts it right

4  out there, puts in names because one of the ways that you

5  get put in SHU if you haven't actually done a crime or

6  created an incident to get put in like he was -- like he

7  would have done if it had worked at the cell door then

8  another way is to become a validated gang member.  One of

9  the ways that you get to become validated is to wear tattoos

10 on you like "N.L.R." or "A.B." or that stuff that can get

11 you validated.  Another way to get validated is to send out

12 something in your own handwriting admitting you're in a

13 gang.

14      So he lists major A.B. people in here.  He talks

15 about -- let's just see.  Then he goes, "White respects

16 N.L.R." or -- yeah.  And he's talking about the Big G which

17 would be Gary Littrell, and the Big T which is either Turtle

18 or Rick Terflinger, I don't know, but either way Terflinger

19 and -- Turtle were both -- Harper, Joe Harper were both

20 A.B.'s.  By mentioning this stuff he gives them a way to

21 validate him.  If they validate him he gets thrown into

22 protective, he gets thrown into SHU in isolation until he

23 paroles which he's going to do shortly.  That's what he told

24 you.

25      That's -- he is aware -- you and I have -- nobody can

26 monitor our mail because we haven't lost any of our civil

27 rights but in prison, under the police power, I think it's

28 the Tenth Amendment the prisons have a right to go through

1    people's mail all the time.  The only mail they can't go

2    through is mail -- attorney mail, but they can go through --

3    I don't know if they can go through mail to your priest or

4    not but -- I know they can't go through your attorney mail

5    but they can go through your private mail.  If you send a

6    letter to someone they can go through it and that's what

7    happens and he knew the gang unit monitored the mail.

8    That's what I think the proper answer is to that.

9         All right, let's see.  Now, Mr. Clanton's next point

10   was that Contreras was lying to you because in his mind's

11   eye he said gray manila folder with the pruno inside the

12   tied whatever it was.  Mr. Contreras would not overstate his

13   case.  Mr. Contreras said the book was this color and soft

14   but he couldn't swear it was this book.  Mr. Contreras who

15   was wrong when he thought it wasn't this book turned out to

16   be right, it was this book, because Gary Littrell tells us

17   that Contreras was right even though Contreras thought he

18   was wrong and wouldn't go too far because he thought he

19   might accidentally lie to you if he said yeah, that was

20   definitely the book.  It was just his flawed perception on a

21   tiny issue.  "The book's the right shape.  Part of the

22   colors are right but I can't swear it's the book."  Turns

23   out he was right even though he thought he was wrong it was

24   the book.

25        On the manila envelope that he said was gray he said

26   it was a gray manila.  It turns out at the prison most of

27   them apparently are yellow, not gray, but his perception he

28   wouldn't change.  At the preliminary hearing he's always

1   said gray and they've always attacked him and he's never

2   changed it because that's what he remembers.  He can't say

3   it more than he saw.  He can't say less than he remembers.

4   His perception is probably flawed in a tiny way there but

5   only on one issue, the color.  The same way it was wrong

6   here as to his memory but right in fact, and I suspect he

7   was right in fact on the other one on everything except the

8   color.

9          These conspirators used Mark's -- Marsh's own

10  weakness as an easy way to kill him.  They knew he was an

11  alcoholic.  All these cops talked about him being an

12  alcoholic for pruno.  And what do you do?  You put something

13  in something that an alcoholic can't resist drinking.  How

14  would you kill somebody with a rifle if you had plenty of

15  time to think it out?  Would you just shoot them and take a

16  chance on -- in their own house or something getting caught?

17  Or would you find out if they're a hunter and go out in a

18  place where there's nobody around except you and them and

19  have a hunting accident.  That's what happened here in the

20  cell.  Closed environment and used an instrumentality that

21  the person wouldn't be scared of.  "Oh, pruno, I drink

22  that."  Hunter?  "Oh, rifle, yeah, I don't have any reason

23  not to be around you and a rifle.  We're both hunters."

24          Dagenais said you can communicate in that attorney

25  visiting even though the music's on and he didn't --

26  remember Officer Dagenais?  He didn't go with that blaring.

27  This man, counsel, kept blaring.  His argument was very

28  good.  It was very interesting.  And my amusement endorphins

1   were firing during it but it was overstated.  It was

2   hyperbole and the word "blaring" was not what Dagenais said.

3   Dagenais never bought into that and said, "No."  Every time

4   he tried to put that word in his mouth about that music,

5   Dagenais said you can hear.  You can communicate.

6        And what about the officer sitting at the desk?  The

7   officer's got work to do.  He's got logs to keep.  He can't

8   work and keep sitting there listening to all those inmates

9   in all those booths all day coming in and out.  And even if

10  he could sit there listening to that conversation he's not

11  going to know what bottles and stoppers on Erie Canals mean

12  and he's not going to know what Deadeye took a dive -- first

13  of all, he's not necessarily going to know who Deadeye is

14  because officers call inmates by their name, Inmate Healy.

15  They don't call 'em Deadeye.  Deadeye is what the cons call

16  each other.  And taking a dive without a context could mean

17  a lot of things.  So even if the officer heard it, with

18  those two statements that were made there people wouldn't

19  have understood it.

20        Clark.  He talks about the statement that was given,

21  a short summary.  That's correct; it was short.  And the man

22  from the stand did truthfully say -- did say truthfully as

23  counsel -- counsel was very correct in -- when he says that

24  Clark came out with more information in front of you than he

25  put in that short summary that we received from the cops.

26  But the key thing -- and I just have to make -- please think

27  of this -- is what he came up with is the name and the age

28  of Shannon.  If it hadn't happened by -- through A.B.,

1  through this man which is who he said paid him to do this,

2  how could he have known the age of the kid and the name of

3  the kid of Healy, the one that they used him to discredit

4  and blindside us in that other case?  He can't lie on that

5  issue even if he's the liar of the century, which he may be.

6  In fact, he did perjure himself in the first case on this,

7  on the Littrell -- he did perjure himself but he didn't lie

8  about Shannon or else he's the best psychic I know.  He got

9  her age, her name and she's an only kid and got the sex

10  right, that she's the daughter of Brian Healy.

11           This document, this document, the content of it is no

12  big thing.  The reason it's relevant is because again,

13  Clark -- now, you can read through the -- Clark, the -- the

14  big argument is that Clark is lying, there was no

15  relationship between -- since Clark lied in this case the

16  defense would you have believe Clark is lying here, he can't

17  be believed; there's no connection whatsoever between

18  Grizzle and Clark; this is bull; it's just something that's

19  Johnny-come-lately trying to get him out on state parole.

20  That shows there was a preexisting relationship between

21  Clark and not the man in the moon but the Rascal.  And why

22  that's important is the Rascal is a white supremist Aryan

23  Brotherhood member who hates black people, who hates Jewish

24  people, who hates anybody who isn't an Aryan member like

25  Hitler.

26           Talked about -- and why in the heck would he write an

27  affidavit to support a legal 602 document of a black man if

28  he's in the Aryan Brotherhood unless they have a preexisting

1    relationship based in this case?  On not love, not race,

2    but -- they're using the black man not because they like him

3    but they think he has a source on the outside where they can

4    get information to kill a relative of somebody that's

5    testified against 'em.  Total manipulation and use,

6    relationship.  Don't have to believe Clark that there was a

7    preexisting relationship.  Believe Grizzle.

8        McKinney said you can communicate in that 12-foot

9    distance and that you could see part of the body.  Mr.

10   Fuller for the defense conceded that you could at least see

11   the body as a shape.  I don't know, he was vague, but I

12   think putting those two together -- and have the court

13   reporter play those back if you're in doubt.  I suspect that

14   the communication over that 12-foot distance did take place.

15   Beyond a reasonable doubt.

16       Let me go over a few of these real quickly with you.

17   Look at this one, one, two oh four, when you're in the jury room,

18   "Efforts by the defendant to fabricate evidence.  If you

19   find the defendant tried to persuade a witness to testify

20   falsely, such conduct may be considered by you as a

21   circumstance tending to show consciousness of guilt."  Well,

22   if Ridinger is telling you the truth, that man asked him to

23   lie about the 23rd incident which didn't happen with a slap

24   in the face with the TV thing, and if you believe Clark,

25   that man caused $500 to be paid for a lie to -- to -- which

26   was 50 percent successful in the first half of case and it

27   wasn't even Grizzle's case.  It was his co-conspirator.  The

28   fact that he would interfere in that case shows

1342

1   relationship, connectedness, co-conspiratorial aspect.

2           "Unjoined perpetrators of the same crime."  Littrell,

3   Ridinger, Contreras, Healy, Griffin, Stinson, Terf -- well,

4   this whole bunch.  Why?  Littrell's already been tried.

5   Contreras and Healy have immunity.

6           "Pre-offense statement by the defendant."  Well, a

7   statement where the defendant Mr. Grizzle solicits Ridinger

8   to tell a lie for Littrell, where the defendant solicits

9   Ridinger to whack Marsh, and telling Healy after he receives

10  the word from Terflinger to do the hit, "Yeah, I'll take

11  care of it."  He didn't say he'd do it himself.  He said

12  he'd have it taken care of, exactly what happened.  Somebody

13  else did it.  Back when they were cellies, cellies in 118.

14          "Principals."  This is a real important one.

15  "Persons concerned in the commission of the crime are

16  equally guilty."  That's why this option is open and there's

17  a difference.  "Those who directly and actively commit a

18  crime."  That's Littrell.  He did the strangling.  "Those

19  who aid and abet the commission of the crime."  That's

20  Rascal.  But either way, you can find him guilty.  You

21  should find him guilty.

22          "Aiding and abetting.  Person aids and abets when he,

23  with knowledge of the unlawful purpose" -- they know this is

24  who they're going to get.  They know the purpose.  "With the

25  intent of encouraging, facilitating the crime," the powder

26  in there so it isn't being done in front of the victim who's

27  now celled with the guy that's going to do the strangling.

28  "Aids; promotes and encourages," has Contreras takes it down

1343

1    there.

2        "Person who aids and abets need not be personally

3    present." He wasn't down there. He was in 118 and the

4    crime was going on up in 218 and he was asking Contreras

5    what's going on up there because he knows what's going to

6    happen, he just doesn't know when. "Your celly looks pretty

7    messed up," or "your homeboy looks pretty messed up."

8        "Accomplice defined. An accomplice is a person

9    subject to prosecution for the identical offenses charged

10   against the defendant by reason of the aiding and abetting

11   or being a member of a conspiracy." Accomplice would be

12   Gary Littrell. Other accomplices would be Healy for

13   relaying the message, Council of six for sending the

14   message, Terflinger for relaying the message to Healy,

15   Contreras for knowingly transporting the alcohol with the

16   prescription in it and then saying, "I think they're gonna

17   whack him," to Segura. But -- the important one is Littrell

18   but all of the above.

19       The conspiracy, do we have it? "Conspiracy is an

20   agreement between two or more." Well, the conspiracy is a

21   huge one just like the Mafia, but conspiracy, it's the

22   illegal agreement to commit the murder in this case followed

23   by at least one overt act in furtherance of the conspiracy.

24   Did these four overt acts happen? The law says you only

25   need find one of them to have happened. If there was that

26   illegal agreement to murder plus one overt act and you can

27   find him guilty of the conspiracy itself. In this case I

28   think you would -- on this evidence find that all four of

1   them happened as charged.  If only one happened that would

2   be enough.

3        What are the four?  Did this happen?  Did defendant

4   Grizzle dissolve prescription drugs in inmate-manufactured

5   alcohol to make Marsh drunk, vulnerable and unable to defend

6   himself?  We heard Dr. Thor talk about the synergistic

7   effect of a muscle relaxant, the methocarbamol plus alcohol.

8   Boom.  You're just -- you're gonna be reacting the way that

9   Contreras saw, uncoordinated.  And then you're gonna --

10  that's why he said, "That dude's" -- "your homeboy's messed

11  up."

12       Second one, Grizzle causes Contreras to deliver the

13  drug-laden alcohol to Marsh in the manila folder.  Did that

14  happen?

15       Littrell got victim Marsh drunk and physically

16  disabled him with the drugs and alcohol.  Did that happen?

17       And the fourth one, Littrell strangled Marsh with the

18  garrote.  Well, I guess it should be two garrotes but one

19  garrote at least while Marsh was too drunk from the drugs

20  and alcohol to defend himself.

21       All four of those are made but the law would allow

22  you to find him guilty of the conspiracy if you only found

23  him guilty of one of those on the conspiracy count, only one

24  overt act as long as the unlawful agreement to murder is

25  found by you.

26       I'm almost through.  In the conspiracy, like the

27  accomplice theory, it's joint responsibility.  Each member

28  of this conspiracy is "liable for each act and bound by each

1345

1    declaration of every other member of the conspiracy.

2         "The act of one co-conspirator pursuant to the common

3    design, the design to kill, is the act of all."  So he

4    doesn't have to be doing the strangling as long as he was a

5    co-conspirator with the same intent.  John Gotti can be

6    sitting in his penthouse in Florida or New Jersey and call a

7    hit in San Diego and he's just as guilty of murder as the

8    guy that pulls the trigger in San Diego.  If they're

9    co-conspirators.  If they have the same criminal intent

10   they're both guilty and that's -- that's the same thing

11   here.

12        He does not have to be at the scene of the crime.  He

13   wasn't.  He doesn't have to know, have an acquaintance with

14   all co-conspirators, not necessary.  Well, heck, Mafia

15   members don't all know each other.  They're all over the

16   world.  A.B. doesn't know each other.  They're in federal,

17   state prisons all over the country.

18        Murder.  Have we proved these things to you beyond a

19   reasonable doubt?  That a human being was killed?  That the

20   killing was unlawful?  And that it was done with malice

21   aforethought?  And that this person was an accomplice, aider

22   and abettor within those earlier definitions?

23        "Malice aforethought is express when there is a

24   manifested intention to kill."  Is that what they were doing

25   here?  Is that what they told Ridinger?  Is that what Healy

26   told them to do?  Express an intent to kill?  Malice

27   aforethought does not require ill will.  They could have

28   liked the guy.  They probably loved him.  But since the

1346

1  Council said kill him they got to kill him.  They don't have

2  to dislike him.

3      Malice aforethought.  It's just having the intent to

4  kill even if -- on a mercy kill.  I'm not talking --

5  about -- that's a bad analogy.

6      "The word 'aforethought' does not imply deliberation

7  or a lapse of time.  It only means the required mental state

8  must precede rather than follow the act."  Well, we know it

9  preceded a long time because he knew Marsh way before the

10  time he asked him to whack him, he was asking and he didn't

11  die until they moved.

12      The other one went to penalty.  You're not to -- this

13  is not a capital case so this says you must not discuss the

14  penalty.  Whatever it might be.

15      Ladies and gentlemen, please go in there and

16  conscientiously do the best you can with this case.  Let's

17  see what we can do about this group.  Thank you.

18      THE COURT:  You shall now retire and select one of

19  your number to act as foreperson.  He or she will preside

20  over your deliberations.  In order to reach a verdict, all

21  twelve jurors must agree to the decision.  As soon as all of

22  you have agreed upon a verdict so that, when polled, each

23  may state truthfully that the verdict expresses his or her

24  vote, have it dated and signed by your foreperson and then

25  return with it to this courtroom.  Return any unsigned

26  verdict forms.

27      And counsel, have you submitted verdict -- prepared

28  the verdict forms?