```
 1  COLEMAN & BALOGH LLP
    BENJAMIN L. COLEMAN
 2  California State Bar No. 187609
    433 G Street, Suite 202
 3  San Diego, California 92101
    Telephone No. (619) 652-9960
 4  Facsimile No. (619) 652-9964

 5  COLEMAN & BALOGH LLP
    ETHAN A. BALOGH
 6  California State Bar No. 172224
    255 Kansas Street, Suite 340
 7  San Francisco, California 94103
    Telephone No. (415) 565-9600
 8  Facsimile No. (415) 565-9601
    Attorneys for Petitioner Eliot Scott Grizzle
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELIOT SCOTT GRIZZLE, | ) | Case No. C 07-4845 SI |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | |
| ROBERT HOREL, | ) | |
| Respondent. | ) | |

**MANUAL FILING NOTIFICATION**

Regarding Exhibit N to the Memorandum of Points and Authorities in Support of the Petition for a Writ of Habeas Corpus, this filing is in paper or physical form only and is being maintained in the case file in the Clerk's office. This filing has been served on all participants in this case in hard-copy. For information on retrieving this filing directly from the court, please see the court's main web site at http:www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not e-filed for the following reason: Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

Respectfully submitted,

Dated: January 18, 2008

s/Benjamin L. Coleman, Ethan A. Balogh
COLEMAN & BALOGH LLP
BENJAMIN L. COLEMAN
ETHAN A. BALOGH

Attorneys for Mr. Grizzle

**PROOF OF SERVICE**

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 1350 Columbia Street, Suite 600, San Diego, California, 92101;

3) That on January 17, 2008, I served a copy of Exhibit N via U.S. Mail to Jill M. Thayer, Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2008, at San Diego, California.

*s/Benjamin L. Coleman*
BENJAMIN L. COLEMAN