1  COLEMAN & BALOGH LLP
   BENJAMIN L. COLEMAN
2  California State Bar No. 187609
   433 G Street, Suite 202
3  San Diego, California 92101
   Telephone No. (619) 652-9960
4  Facsimile No. (619) 652-9964

5  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH
6  California State Bar No. 172224
   255 Kansas Street, Suite 340
7  San Francisco, California 94103
   Telephone No. (415) 565-9600
8  Facsimile No. (415) 565-9601
   Attorneys for Petitioner Eliot Scott Grizzle
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
   ELIOT SCOTT GRIZZLE,               )          Case No. C 07-4845 SI
12                                     )
               Petitioner,             )
13                                     )
   v.                                  )
14                                     )
   ROBERT HOREL,                       )
15                                     )
               Respondent.             )
16  _____)

17                           **PROOF OF SERVICE**

18          I, the undersigned, say:

19          1) That I am over eighteen years of age, a resident of the County of San Diego, State of
   California, and not a party in the within action;

20          2) That my business address is 1350 Columbia Street, Suite 600, San Diego, California, 92101;

21          3) That on January 17, 2008, I served hard copies of Exhibits A-O on respondent by U.S. Mail
   by sending copies to Jill M. Thayer, Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San
22  Francisco, CA 94102-7004.

23          4) That on January 15, 2008, I served electronic copies of Exhibits A-O on counsel for
24  respondent by e-mailing copies to Jill.Thayer@doj.ca.gov.

25          I certify under penalty of perjury that the foregoing is true and correct.  Executed on January
26  18, 2008, at San Diego, California.

27                                          *s/Benjamin L. Coleman*
                                            BENJAMIN L. COLEMAN
28