UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIOT SCOTT GRIZZLE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT HOREL,<br><br>    Respondent. | Case No. C 07-4845 SI<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF AND TO ALLOW LATE FILING OF EXHIBITS** |

Petitioner has filed a motion to allow the filing of an oversized Statement of Facts and Memorandum of Points and Authorities in Support of Petition for Writ of Habeas Corpus and to e-file his supporting exhibits by January 18, 2008. The oversized memorandum e-filed by petitioner on January 15, 2008 shall be filed. Petitioner shall also be allowed to e-file his supporting exhibits by January 18, 2008.

IT IS SO ORDERED.

Dated: January   , 2008

_____
SUSAN ILLSTON
United States District Judge