COLEMAN & BALOGH LLP
BENJAMIN L. COLEMAN
California State Bar No. 187609
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone No. (619) 794-0420
Facsimile No. (619) 652-9964
ETHAN A. BALOGH
California State Bar No. 172224
255 Kansas Street, Suite 340
San Francisco, California 94103
Telephone No. (415) 565-9600
Facsimile No. (415) 565-9601

Attorneys for Petitioner Eliot Scott Grizzle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIOT SCOTT GRIZZLE, ) ) Petitioner, ) ) v. ) ) ROBERT HOREL, ) ) Respondent. ) | Case No. C 07-4845 SI **STATEMENT OF RECENT DECISION** |

Petitioner, Eliot Scott Grizzle, respectfully submits the Ninth Circuit's recent decision in *Jackson v. Brown*, __ F.3d __, Nos. 04-99006, 04-99007, 2008 WL 185528 (9th Cir. Jan. 23, 2008) as supplemental authority. In *Jackson*, the Ninth Circuit granted a petitioner habeas corpus relief due to *Brady* and *Mooney-Napue* violations arising from the prosecution's use of cooperating witnesses. *Jackson* supports Mr. Grizzle's contentions that the prosecution engaged in *Brady* and *Mooney-Napue* violations with respect to its cooperating witnesses. In particular, the Ninth Circuit emphasized that *Brady* and *Mooney-Napue* violations must be considered cumulatively for purposes of determining materiality or prejudice.

Respectfully submitted,

Dated: February 1, 2008

*s/Benjamin L. Coleman, Ethan A. Balogh*
COLEMAN & BALOGH LLP
BENJAMIN L. COLEMAN
ETHAN A. BALOGH

Attorneys for Mr. Grizzle

1

**PROOF OF SERVICE**

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 1350 Columbia Street, Suite 600, San Diego, California, 92101;

3) That on February 1, 2008, I served a copy of the attached Statement of Recent Decision on counsel for respondent by e-mailing a copy to Jill.Thayer@doj.ca.gov. and by sending a copy via U.S. Mail to Jill M. Thayer, Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

4) That on February 1, 2008, I served a copy of the attached Statement of Recent Decision on Eliot Scott Grizzle via U.S. Mail by sending a copy to Eliot Scott Grizzle, H-10106, Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA 95532.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2008, at San Diego, California.

*s/Benjamin L. Coleman*
BENJAMIN L. COLEMAN