IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIOT SCOTT GRIZZLE,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT HOREL,<br><br>      Respondent.<br>                                        / | No. C 07-4845 SI<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION FOR DISCOVERY** |

Petitioner has filed a motion for discovery. Respondent is directed to file a response to the motion no later than **July 3, 2008**.

**IT IS SO ORDERED.**

Dated: June 20, 2008

_____
SUSAN ILLSTON
United States District Judge