IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIOT SCOTT GRIZZLE,** | C 07-4845 SI |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until December 1, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within ~~30 days~~ 45 of his receipt of the answer.

Dated: _____    _____
The Honorable Susan Illston

[Proposed] Order                                                                 Case No. C 07-4845 SI

1