IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ELIOT SCOTT GRIZZLE,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT HOREL, Warden,**<br><br>Respondent. | C 07-4845 SI<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including December 31, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____  _____
The Honorable Susan Illston