**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIOT SCOTT GRIZZLE,

    Petitioner,

v.

ROBERT HOREL,

    Respondent.

        /

No. C 07-4845 SI

**JUDGMENT**

The petition for writ of habeas corpus is denied. Judgment is entered accordingly against the petitioner and in favor of respondent.

Dated: September 12, 2011

_____
SUSAN ILLSTON
United States District Judge